B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Specialty Trust, Inc.**

_____
Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| Great Basin Internet Servcies<br>PO Box 3115<br>Reno, NV 89505 | Great Basin Internet Servcies<br>PO Box 3115<br>Reno, NV 89505 | Trade Debt | | 35.00 |
| Informative Research<br>PO Box 2379<br>Garden Grove, CA 92842 | Informative Research<br>PO Box 2379<br>Garden Grove, CA 92842 | Trade Debt | | 21.33 |
| Jill Savini Design<br>106 Walnut St<br>San Francisco, CA 94118 | Jill Savini Design<br>106 Walnut St<br>San Francisco, CA 94118 | Trade Debt | | 5,000.00 |
| RFB Consulting<br>16605 N 28th Ave, Ste 100<br>Phoenix, AZ 85053 | RFB Consulting<br>16605 N 28th Ave, Ste 100<br>Phoenix, AZ 85053 | Trade Debt | | 5,495.18 |
| Southwest Ground-water Consultants<br>3033 N 44th St, Ste 120<br>Phoenix, AZ 85018 | Southwest Ground-water Consultants<br>3033 N 44th St, Ste 120<br>Phoenix, AZ 85018 | Trade Debt | | 5,454.29 |
| The Bank of New York<br>101 Barclay St. - 4W<br>New York, NY 10286 | Jared Fischer<br>The Bank of New York<br>101 Barclay St. - 4W<br>New York, NY 10286<br>(212) 815-8139 | Subordinated Unsecured Note | | 29,072,500.00 |
| Tobin & Tobin<br>500 Sansome St, Ste 800<br>San Francisco, CA 94111 | Tobin & Tobin<br>500 Sansome St, Ste 800<br>San Francisco, CA 94111 | Legal Fees | | 12,091.84 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  **Specialty Trust, Inc.**                                              Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 20, 2010**                          Signature  _____

**Nello Gonfiantini III**
**President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.