McDONALD CARANO WILSON LLP  *Electronically filed on May 28, 2010*
KAARAN E. THOMAS (NV Bar No. 7193)
ALVIN J. HICKS (NV Bar No. 1178)
LEO P. BERGIN (NV Bar No. 1561)
100 West Liberty St., 10th Floor
Reno, Nevada 89501
Telephone Number:    (775) 788-2000
Facsimile Number:    (775) 788-2020
E-mail Address: kthomas@mcdonaldcarano.com
*Counsel for R.W. and A.R. Capurro Family Trust*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 10-51432-GWZ |
| SPECIALTY TRUST, INC., | Chapter 11 |
| Debtor. | |
| In re: | Case No. 10-51437-GWZ |
| SPECIALTY ACQUISITION CORP, | Chapter 11 |
| Debtor. | |
| In re: | Case No. 10-51440-GWZ |
| SAC II, | Chapter 11 |
| Debtor. | |
| In re: | Case No. 10-51441-GWZ |
| SAC D-1, LLC | Chapter 11 |
| Debtor. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| | Hearing Date: OST REQUESTED<br>Hearing Time: |

285181                                                                                1 of 3

The law firm of McDonald Carano Wilson LLP ("MCW") moves this Court for an order authorizing MCW to withdraw as counsel of record for R.W. and A.R. Capurro Family Trust (the "Trust"). This Motion is made pursuant to Local Rule of Bankruptcy Practice LR 2014, Local Rule of the United States District Court, Nevada IA 10-6(b), and is supported by the Declaration of Angelina R. Capurro filed concurrently herewith, and the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Nevada Rule of Professional Conduct 1.16(b) states "… a lawyer may withdraw from representing a client if: …(1) Withdrawal can be accomplished without material adverse effect on the interests of the client; or (7) Other good cause exits. *See* Nev. R. Prof. C. 1.16(b)(1) and (7).

2. Furthermore, "[a] lawyer must comply with applicable law requiring notice or permission of a tribunal when terminating representation." *Id.*

3. Pursuant to LR 2014 and LR IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel."

4. MCW requests permission to withdraw because the Trust authorized MCW to appear as their counsel, pro bono, in order to appear at the hearing on Debtors' emergency motion to use cash collateral and protect the common interests of equity security holders in the Debtors case in anticipation that a Committee of equity security holders (the "Committee") would shortly be formed to assume that task.

5. Since the Committee has now been formed the Trust has authorized MCW to withdraw for the purpose of representing the Committee.

6. MCW respectfully requests this Court grant its Motion to Withdraw as Counsel of Record, effective immediately.

///

///

///

1  DATED this 28th day of May, 2010        MCDONALD CARANO WILSON LLP

2                                                                         /s/  Kaaran E. Thomas
                                                                         Kaaran E. Thomas (NV Bar No. 7193)
3                                                                        Alvin J. Hicks (NV Bar No. 1178)
                                                                         Leo P. Bergin (NV Bar No. 1561)
4                                                                        100 West Liberty St., 10th Floor
                                                                         Reno, Nevada 89501
5                                                                        Telephone:    (775) 788-2000
                                                                         Facsimile:     (775) 788-2020
6                                                                        *Counsel for R.W. and A.R. Capurro Family Trust*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

285181