| | |
|---|---|
| Ira D. Kharasch (CA Bar No. 109084)<br>Ellen M. Bender (CA Bar No. 116987)<br>Victoria A. Newmark (CA Bar No. 183581)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067-4100<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>Email: ikharasch@pszjlaw.com<br>       ebender@pszjlaw.com<br>       vnewmark@pszjlaw.com<br><br>*[Proposed] Attorneys for Debtor and<br>Debtor in Possession / Petitions to Practice<br>in Nevada are Pending* | Sallie B. Armstrong (NV Bar No. 1243)<br>Downey Brand LP<br>427 West Plumb Lane<br>Reno, Nevada 89509<br>Telephone: 775/329-5900<br>Facsimile: 775/786-5443<br>Email: *sarmstrong@downeybrand.com*<br><br>*[Proposed] Attorneys for Debtor and<br>Debtor in Possession* |

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SPECIALTY TRUST, INC., et al.[1]<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Specialty Acquisition Corp.<br>☐ Affects SAC II<br>☐ Affects SAC D-1, LLC | Chapter 11<br><br>**Jointly Administered under<br>Case No. 10-51432-GWZ**<br><br>Case Nos.<br>10-51432<br>10-51437<br>10-51440<br>10-51441<br><br>**NOTICE OF SECOND AMENDED BUDGET**<br><br>**Hearing Date: June 2, 2010<br>Hearing Time: 2:00 p.m.** |

TO THE HONORABLE BANKRUPTCY COURT AND INTERESTED PARTIES:

On May 3, 2010, the debtors and debtors in possession (the "Debtors") in the captioned chapter 11 cases filed the *Declaration of Nello Gonfiantini, III In Support of Debtors' Motion for Interim and Final Orders (A) Authorizing Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (B) Scheduling A Final Hearing Pursuant to Bankruptcy Rule 4001* (the "Gonfiantini

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Specialty Trust, Inc. (2463); Specialty Acquisition Corp. (3680); SAC II (2463); and SAC D-1, LLC (1858).

Declaration") and Exhibits A & B thereto, including a proposed DIP operating budget setting forth the proposed utilization of cash collateral by the Debtors for the period April 26, 2010 through August 27, 2010.

On May 6, 2010, the Debtors submitted *Notice of Errata Regarding Declaration of Nello Gonfiantini, III In Support of Debtors' Motion for Interim and Final Orders (A) Authorizing Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (B) Scheduling A Final Hearing Pursuant to Bankruptcy Rule 4001*, together with an amended DIP operating budget for the period April 26, 2010 through October 1, 2010 (the "First Amended Budget").

Attached hereto is a further amended budget for the period April 26, 2010 through October 1, 2010 (the "Second Amended Budget"). The Second Amended Budget contains the following amendments:

1. <u>Clarification of Management Fees line item</u>. In the Second Amended Budget, the line item for the Management Fee has been broken into two separate line items, indicating the portion of the management fees to be paid to Specialty Financial Corp. and the portion of the management fees to be paid to other entities.

2. <u>Addition of estimated fees and expenses of an investment banker</u>. The Second Amended Budget adds a line item and estimated fees and expenses of an investment banker for which the Debtors anticipates filing a retention application in June 2010.

3. <u>Addition of line item for fees of the Equityholders' Committee</u>. The Second Amended Budget adds a line item for fees of the Equityholders' Committee. The estimated amounts are not yet budgeted as the Debtors' have not yet received sufficient information to develop an estimate.

4. <u>Reduction of payroll expense</u>. The Second Amended Budget reduces the line item for the Debtors' payroll expenses, which was overstated in prior iterations of the budget.

///

///

///

2

5. <u>Asset sale adjustments</u>. The timing of certain asset sales (Hitt, 2522 supplemental property, and Moreau) and the estimated proceeds from these asset sales have been adjusted.

Dated: May 28, 2010

DOWNEY BRAND LLP

*/s/ Sallie B. Armstrong*

Sallie B. Armstrong (Bar No. 1243)

and

Ira D. Kharasch (CA Bar No. 109084)
Scotta E. McFarland (CA Bar No. 165391)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP

Proposed Counsel for the Debtors and Debtors in Possession

80662-001\DOCS_LA:220648.1

# Exhibit A

## Second Amended Budget

**Specialty Trust, Inc**
**DIP Operating Budget**

## SPECIALTY TRUST, INC.

| | Week Beginning 26-Apr | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun |
|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 1,582,384 | $ 1,702,918 | $ 1,746,345 | $ 1,744,345 | $ 1,737,845 | $ 1,737,845 | $ 1,701,170 | $ 1,738,597 |
| | | | | | | | | |
| Interest Revenue | 4,183 | 43,427 | | | | | 43,427 | |
| Principal Repayments on Mortgage Loans Held for Investment | | | | | | 4,134 | | |
| Sale of Real Estate Owned | | | | | | | | |
| Other Cash Receipts | 116,351 (1) | | | | | | | |
| Total Cash Receipts | $ 120,534 | $ 43,427 | $ - | $ - | $ - | $ 4,134 | $ 43,427 | $ - |
| | | | | | | | | |
| **Cash Disbursements** | | | | | | | | |
| Payroll, Servicing Dept. | | | 2,000 | | | 2,000 | | 2,000 |
| Management Fees paid to Specialty Financial | | | | | | | | 203,475 |
| Management and Servicing Fees - Other | | | | | | | | 18,108 |
| Traditional Legal (9) | | | | | | | 6,000 | |
| Accounting and Tax Services: Moss Adams 2009 audit & tax | | | | | | | | |
| Real Estate & Related Professionals-New West Development | | | | 6,500 | | | | 13,000 |
| Other REO & Foreclosure Expense | | | | | | | | |
| Investment in Real Estate Owned and Loan fundings | | | | | | 38,809 (5) | | |
| Financing Provided for Sale of REO | | | | | | | | |
| Directors Fees | | | | | | | | |
| | | | | | | | | |
| Interest Expense | | | | | | | | |
| | | | | | | | | |
| **Bankruptcy Related Expenses** | | | | | | | | |
| Professional Fees (9) | | | | | | | | 55,000 |
| Investment Banker | | | | | | | | |
| Equity Committee | | | | | | | | |
| US Trustee Fees | | | | | | | | |
| Total Disbursements | $ - | $ - | $ 2,000 | $ 6,500 | $ - | $ 40,809 | $ 6,000 | $ 291,583 |
| Ending Cash Balance | $ 1,702,918 | $ 1,746,345 | $ 1,744,345 | $ 1,737,845 | $ 1,737,845 | $ 1,701,170 | $ 1,738,597 | $ 1,447,014 |

Notes:
(1) $99k from proceeds of foreclosure of supplemental 2522 collateral
(2) Possible sale of Moreau property (no value listed)
(3) Sale of Hitt property
(4) Sale of 2522 property
(5) Hitt property foreclosure expense
(6) Sedona foreclosure expense $15K; other REO maintenance expense $10K
(7) Waterfront Sun West Bank payment
(8) Advance for fixed overhead/upkeep expenses of Nadador project, which may not have to be made if unit sale occurs
(9) Professionals' draw-downs on existing retainers are not reflected; it is anticipated that retainers will be fully applied by June

**Specialty Trust, Inc**
**DIP Operating Budget**

## SPECIALTY TRUST, INC.

| | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug |
|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ 1,447,014 | $ 1,407,014 | $ 1,384,148 | $ 1,265,325 | $ 948,742 | $ 928,867 | $ 2,901,867 | $ 2,800,928 |
| | | | | | | | | |
| Interest Revenue | | | 45,927 | | | | 45,927 | |
| Principal Repayments on Mortgage Loans Held for Investment | | 4,134 | | | | | 4,134 | |
| Sale of Real Estate Owned | | | | | | 2,000,000 (3) | | |
| Other Cash Receipts | | | | | | | | |
| **Total Cash Receipts** | $ - | $ 4,134 | $ 45,927 | $ - | $ - | $ 2,000,000 | $ 50,061 | $ - |
| | | | | | | | | |
| **Cash Disbursements** | | | | | | | | |
| Payroll, Servicing Dept. | | 2,000 | | 2,000 | | 2,000 | | 2,000 |
| Management Fees paid to Specialty Financial | | | | 203,475 | | | | 203,475 |
| Management and Servicing Fees - Other | | | | 18,108 | | | | 18,108 |
| Traditional Legal (9) | 15,000 | | 6,000 | | 15,000 | | 6,000 | |
| Accounting and Tax Services: Moss Adams 2009 audit & tax | 25,000 | | | 25,000 | | | | 20,000 |
| Real Estate & Related Professionals-New West Development | | | | 13,000 | | | | 13,000 |
| Other REO & Foreclosure Expense | | 25,000 (6) | | | | 25,000 (6) | | |
| Investment in Real Estate Owned and Loan fundings | | | | | | | | |
| Financing Provided for Sale of REO | | | 50,000 | | | | | |
| Directors Fees | | | | | | | | |
| | | | | | | | | |
| Interest Expense | | | | | | | | |
| | | | | | | | | |
| **Bankruptcy Related Expenses** | | | | | | | | |
| Professional Fees (9) | | | 108,750 | 55,000 | | | 145,000 | 55,000 |
| Investment Banker | | | | | | | | |
| Equity Committee | | | | | | | | |
| US Trustee Fees | | | | | 4,875 | | | |
| | | | | | | | | |
| **Total Disbursements** | $ 40,000 | $ 27,000 | $ 164,750 | $ 316,583 | $ 19,875 | $ 27,000 | $ 151,000 | $ 311,583 |
| **Ending Cash Balance** | $ 1,407,014 | $ 1,384,148 | $ 1,265,325 | $ 948,742 | $ 928,867 | $ 2,901,867 | $ 2,800,928 | $ 2,489,345 |

Notes:
(1) $99k from proceeds of foreclosure of supplemental 2522 collateral
(2) Possible sale of Moreau property (no value listed)
(3) Sale of Hitt property
(4) Sale of 2522 property
(5) Hitt property foreclosure expense
(6) Sedona foreclosure expense $15K; other REO maintenance expense $10K
(7) Waterfront Sun West Bank payment
(8) Advance for fixed overhead/upkeep expenses of Nadador project, which may not have to be made if unit sale occurs
(9) Professionals' draw-downs on existing retainers are not reflected; it is anticipated that retainers will be fully applied by June

Specialty Trust, Inc
DIP Operating Budget

## SPECIALTY TRUST, INC.

| | 16-Aug | 23-Aug | 30-Aug | 6-Sep | 13-Sep | 20-Sep | 27-Sep | |
|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 2,489,345 | $ 2,474,345 | $ 2,427,902 | $ 2,405,036 | $ 2,299,963 | $ 2,008,380 | $ 1,764,380 | |
| | | | | | | | | |
| Interest Revenue | | | | 45,927 | | | | |
| Principal Repayments on Mortgage Loans Held for Investment | | | 4,134 | | | | 4,134 | |
| Sale of Real Estate Owned | | | | - | | | 650,000 | (2) |
| Other Cash Receipts | | | | | | | | (4) |
| Total Cash Receipts | $ - | $ - | $ 4,134 | $ 45,927 | $ - | $ - | $ 654,134 | |
| | | | | | | | | |
| **Cash Disbursements** | | | | | | | | |
| Payroll, Servicing Dept. | | | 2,000 | | 2,000 | | 2,000 | |
| Management Fees paid to Specialty Financial | | | | | 203,475 | | | |
| Management and Servicing Fees - Other | | | | 6,000 | 18,108 | | | |
| Traditional Legal (9) | 15,000 | | | | | 15,000 | | |
| Accounting and Tax Services: Moss Adams 2009 audit & tax | | | | | | | | |
| Real Estate & Related Professionals-New West Development | | | | | 13,000 | | | |
| Other REO & Foreclosure Expense | | | 25,000 | (6) | | | 25,000 | (6) |
| Investment in Real Estate Owned and Loan fundings | | 46,443 | (7) | | | 229,000 | 46,443 | (7) |
| Financing Provided for Sale of REO | | | | | | | | |
| Directors Fees | | | | | | | | |
| | | | | | | | | |
| Interest Expense | | | | | | | | |
| | | | | | | | | |
| **Bankruptcy Related Expenses** | | | | | | | | |
| Professional Fees (9) | | | | 145,000 | | | | (8) |
| Investment Banker | | | | | 55,000 | | | |
| Equity Committee | | | | | | | | |
| US Trustee Fees | | | | | | | | |
| | | | | | | | | |
| Total Disbursements | $ 15,000 | $ 46,443 | $ 27,000 | $ 151,000 | $ 291,583 | $ 244,000 | $ 73,443 | |
| Ending Cash Balance | $ 2,474,345 | $ 2,427,902 | $ 2,405,036 | $ 2,299,963 | $ 2,008,380 | $ 1,764,380 | $ 2,345,071 | |

Notes:
(1) $99k from proceeds of foreclosure of supplemental 2522 collateral
(2) Possible sale of Moreau property (no value listed)
(3) Sale of Hitt property
(4) Sale of 2522 property
(5) Hitt property foreclosure expense
(6) Sedona foreclosure expense $15K; other REO maintenance expense $10K
(7) Waterfront Sun West Bank payment
(8) Advance for fixed overhead/upkeep expenses of Nadador project, which may not have to be made if unit sale occurs
(9) Professionals' draw-downs on existing retainers are not reflected; it is anticipated that retainers will be fully applied by June