KAARAN E. THOMAS  
Nevada Bar No. 7193  
MCDONALD CARANO WILSON LLP  
100 West Liberty Street, 10th Floor  
Reno, NV 89505-1670  
Telephone:    (775) 788-2000  
Facsimile:    (775) 788-2020  
Email: kthomas@mcdonaldcarano.com  
*Proposed Counsel for Official Committee of Equity Security Holders*

*Electronically filed on June 11, 2010*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

SPECIALTY TRUST, INC. ,et.al.

Debtors.

Chapter 11  
Case No. BK-N-10-51432-GWZ  
Jointly Administered

ATTORNEY INFORMATION SHEET RE: EX PARTE MOTION FOR ORDER SHORTENING NOTICE AND HEARING ON MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, PURSUANT TO 11 U.S.C. §§ 105(a), 1102(b)(3) AND 1103(c), FOR *NUNC PRO TUNC* ORDER CLARIFYING REQUIREMENTS TO (1) PROVIDE ACCESS TO INFORMATION, AND (2) SOLICIT AND RECEIVE COMMENTS FROM EQUITY SECURITY HOLDERS

Hearing Date: Requested June 22  
Hearing Time: Requested 10:30 P.M.

As required by Local Rule 2006, the following parties have been contacted in the manner indicated regarding MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO SHORTEN TIME FOR NOTICE AND HEARING TO CONSIDER EMERGENCY MOTION TO CONTINUE DEPOSITION OF SPECIALTY TRUST, INC. The respective parties indicated agreement/disagreement to the time being shortened, as indicated below:

| Name | Date Contacted | Agree | Disagree | Unknown (At Present) |
|---|---|---|---|---|
| Ira Kharasch Counsel for Debtor | June 2, 2010 IN OPEN COURT | X | | |
| Richard Esterkind Deutsche Bank | June 2, 2010 IN OPEN COURT | X | | |
| Bill Cossitt, UST | June 2, 2010 IN OPEN COURT | x | | |

DATED: June 11, 2010

285286

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McDONALD CARANO WILSON LLP
By: ___/s/ Kaaran E. Thomas_____
    Kaaran E. Thomas (NV Bar No. 7193)
    100 W. Liberty Street, 10th Floor
    Reno, NV, 89505
    *Proposed Counsel for Official Committee of Equity Security Holders*

285286