Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Scotta E. McFarland (CA Bar No. 165391)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: ikharasch@pszjlaw.com
       smcfarland@pszjlaw.com
     : vnewmark@pszjlaw.com

Sallie B. Armstrong (NV Bar No. 1243)
Downey Brand
427 West Plumb Lane
Reno, Nevada 89509
Telephone: 775/329-5900
Facsimile: 775/786-5443
Email: sarmstrong@downeybrand.com

[Proposed] Attorneys for Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SPECIALTY TRUST, INC., et al.<br><br>☐ Affects this Debtor<br>☑ Affects all Debtors<br>☐ Affects Specialty Acquisition Corp.<br>☐ Affects SAC II<br>☐ Affects SAC D-1, LLC | Chapter 11<br><br>**Jointly Administered under Case No. 10-51432-GWZ**<br><br>Case Nos.<br>10-51432<br>10-51437<br>10-51440<br>10-51441<br><br>**DECLARATION OF NELLO GONFIANTINI III IN SUPPORT OF DEBTORS' REPLY TO LEDGEMONT OBJECTION TO EMPLOYMENT OF IMPERIAL CAPITAL**<br><br>Hearing Date:   June 22, 2010<br>Hearing Time:   11:00 a.m.<br>Place:          300 Booth Street<br>                Reno, NV 89509 |

80662-002\DOCS_LA:221485.1

I, Nello Gonfiantini III, declare:

1. I am the current chairman and chief executive officer of the above-captioned debtors and debtors in possession Specialty Trust, Inc., et al. (the "Debtors"). Except as otherwise indicated, the statements made herein are based on my personal knowledge.

2. I have carefully reviewed the Objection of Ledgemont Capital Group LLC ("Ledgemont"). The Debtors engaged Ledgemont pre-petition as their investment banker, which engagement has expired under its own terms. After the filing of the chapter 11 petition, the Debtors and their Board of Directors spent several weeks interviewing Imperial Capital and Alvarez & Marsal as alternative investment bankers, while still considering Ledgemont. The Shareholders' Committee, along with its counsel, attended the interviews with Alvarez & Marsal as well as Imperial Capital.

3. During the engagement with Ledgemont, I was the Debtors' primary contact communicating with Ledgemont. During the entire time of the Ledgemont engagement, Ledgemont only introduced the Debtors to one firm, Equifin, that expressed any interest in the Debtors. Additionally, I was neither introduced by phone nor e-mail to any investors other than Equifin by Ledgemont. In my two trips to New York to visit with Ledgemont earlier this year, I only had one meeting with any investor, which was Equifin.

4. I have never had any indication from Ledgemont that any other potential investors existed, other than Equifin. However, it is my understanding that Ledgemont sent out a mailing to potential investors, and that Ledgemont believes that some day one of those entities might be interested in the Debtors.

5. Finally, I have never been provided with any list of potential investors by Ledgemont.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 21st day of June, 2010 at Reno, Nevada.

_____
Nello Gonfiantini, III

DOWNEY BRAND
427 West Plumb Lane
Reno, Nevada 89509
Tel: (775) 329-5900   Fax: (775) 786-5443