**Entered on Docket**
**June 21, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

KAARAN E. THOMAS
Nevada Bar No. 7193
MCDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
Reno, NV 89505-1670
Telephone:   (775) 788-2000
Facsimile:    (775) 788-2020
Email: kthomas@mcdonaldcarano.com

*Counsel for R.W. and A.R. Capurro Family Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>SPECIALTY TRUST, INC., et al.<br><br>Debtor. | **Chapter 11**<br>Case No. BK-N-10-51432-GWZ<br>Jointly Administered<br><br>**ORDER GRANTING MCDONALD CARANO WILSON LLP'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>**Hearing Date:**   June 2, 2010<br>**Hearing Time:**   2:00 p.m. |

The Court, having considered the *Motion of McDonald Carano Wilson LLP to Withdraw As Counsel of Record* (the "Motion"), and for good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Motion to Withdraw As Counsel of Record is GRANTED.

285739                                                                                                                    1 of 2

Signed this 17th day of June, 2010

MCDONALD CARANO WILSON, LLP

By: /s/ Kaaran E. Thomas
    KAARAN E. THOMAS, ESQ.
    Nevada Bar No. 7193
    100 West Liberty Street, 10th Floor
    Reno, NV 89505-1670

*Counsel for R.W. and A.R. Capurro Family Trust*

285739

McDONALD CARANO WILSON LLP
KAARAN E. THOMAS (NV Bar No. 7193)
100 West Liberty St., 10th Floor
Reno, Nevada 89501
Telephone Number: (775) 788-2000
Facsimile Number: (775) 788-2020
E-mail Address: kthomas@mcdonaldcarano.com

*Electronically filed on June 17, 2010*

Counsel for R.W. and A.R. Capurro Family Trust

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

SPECIALTY TRUST, INC., et al.

Debtor.

Case No. BK-N-10-51432-GWZ
**Jointly Administered**

**Chapter 11**

**ORDER GRANTING MCDONALD CARANO WILSON LLP'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

In accordance with LR 9021, counsel submitting this declaration certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| Name | Date Contacted | Agree | Disagree | Failed to Respond |
|---|---|---|---|---|
| Ira Kharasch Counsel for Debtor | June 4 via email | X | | |

285781

1 of 2

| Name | Date Contacted | Agree | Disagree | Failed to Respond |
|---|---|---|---|---|
| Richard Esterkind<br>Counsel for Deutsche Bank | June 4<br>via email | X | | |
| William B. Cossitt, Esq.<br>Office of the U.S. Trustee | June 4<br>via email | X | | |

SUBMITTED June 17, 2010

          McDONALD CARANO WILSON LLP

          By:  /s/ Kaaran E. Thomas
               Kaaran E. Thomas   (NV Bar No. 7193)
               100 West Liberty St., 10th Floor
               P.O. Box 2670
               Reno, Nevada 89505-2670
               Phone:  (775) 788-2000

*Counsel for R.W. and A.R. Capurro Family Trust*