# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  10–51432–gwz**
**Chapter 11**

In re: (Name of Debtor)
    SPECIALTY TRUST, INC.
    6160 PLUMAS STREET, STE 200
    RENO, NV 89519

### ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by LAUREN M. MCEVOY with the appointment of LANCE P. MAISS as designated Nevada Counsel in this case are approved.

Dated: 6/22/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court