ORIGINAL

Counsel must obtain ecf training as soon as possible.

**Entered on Docket**
**June 22, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

LANCE P. MAISS, #004683
50 W. Liberty St, Ste 950
Reno NV 89501
Telephone: 775-322-7400

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: SPECIALTY TRUST INC., et al | Case No. BK: 10-51432-GWZ |
|---|---|
| | Adv. #: Jointly Administered |
| | Chapter: 11 |
| Debtor(s) | |

### ORDER GRANTING PERMISSION TO FILE ON PAPER

The court hereby grants the motion filed by Lance Maiss. The clerk of the bankruptcy court is hereby directed to accept on paper the following document(s) as identified in the movant's "Motion To File On Paper" *(list title of each document):*

1. OBJECTION OF LEDGEMONT CAPITAL GROUP LLC TO DEBTORS' APPLICATION FOR AN ORDER, PURSUANT TO 11 U.S.C.§§327(a) AND 328(a), AUTHORIZING EMPLOYMENT AND RETENTION OF IMPERIAL CAPITAL, LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER, EFFECTIVE JUNE 14, 2010.
2. VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY ADMITTED TO THE BAR OF THIS COURT.
3. DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO.

No other documents may be filed on paper without first seeking permission from the court.

**IT IS SO ORDERED.**

NV_5005.1(permfilepaper-order12-09).wpd

1