Ira D. Kharasch (CA Bar No. 109084)
Scotta E. McFarland (CA Bar No. 165391)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: ikharasch@pszjlaw.com
smcfarland@pszjlaw.com
vnewmark@pszjlaw.com

*Attorneys for Debtor and Debtor in Possession*

Sallie B. Armstrong (NV Bar No. 1243)
DOWNEY BRAND LLP
427 West Plumb Lane
Reno, Nevada 89509
Telephone: 775/329-5900
Facsimile: 775/786-5443
Email: sarmstrong@downeybrand.com

*Attorneys for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

In re:

SPECIALTY TRUST, INC., et al.

☑ Affects this Debtor
☐ Affects all Debtors
☐ Affects Specialty Acquisition Corp.
☐ Affects SAC II
☐ Affects SAC D-1, LLC

Chapter 11

**Jointly Administered under Case No. 10-51432-GWZ**

Case Nos:

10-51432-GWZ
10-51437-GWZ
10-51440-GWZ
10-51441-GWZ

**NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING**

**Hearing Date: July 19, 2010**
**Hearing Time: 11:00 a.m.**

**NOTICE IS HEREBY GIVEN** that, on July 2, 2010, Debtor filed the following by electronic filing with the United States Bankruptcy Court, District of Nevada:

- *Debtor's Motion for Order (I) Authorizing the Sale of Certain Real Property Located at N. Durango Drive and Deer Springs Way in Las Vegas, Nevada, Free and Clear of Liens, and (II) Waiving the 14-Day Stay Under F.R.B.P. 6004(h)* (the "Motion");
- *Declaration of Nello Gonfiantini III In Support Of Debtor's Motion for Order (I) Authorizing the Sale of Certain Real Property Located at N. Durango Drive and Deer Springs Way in Las Vegas, Nevada, Free and Clear of Liens, and (II) Waiving the 14-Day*

*Stay Under F.R.B.P. 6004(h)*; and

- *Declaration of Charles E. Jack IV, MAI In Support of Debtor's' Motion for Order (I) Authorizing the Sale of Certain Real Property Located at N. Durango Drive and Deer Springs Way in Las Vegas, Nevada, Free and Clear of Liens, and (II) Waiving the 14-Day Stay Under F.R.B.P. 6004(h).*

**NOTICE IS FURTHER GIVEN** that an order shortening time for hearing on the Motion was entered in open court on June 22, 2010, pursuant to which hearing on the above Motion will be held before the Honorable Gregg W. Zive in the United States Bankruptcy Court, C. Clifton Young Federal Building, at 300 Booth Street, Reno, Nevada 89509, on July 19, 2010, at 11:00 a.m.

**NOTICE IS FURTHER GIVEN** that any opposing memoranda to the Motion must be filed pursuant to the time limits set forth in Local Rule 9006(c) for oppositions to a motion set on shortened time where dates are not specified. Local Rule 9006(c) provides as follows:

> Where an order shortening time does not otherwise specify, any opposition must be filed no later than two (2) business days before the hearing, and any reply must be filed no later than one (1) business day before the hearing. Unless it otherwise provides, where an order shortening time is entered on less than three (3) business days' notice, a written opposition is not required.

If you do object to the relief requested, you must file a **WRITTEN** response to the pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

///

///

///

///

///

///

///

**NOTICE IS FINALLY GIVEN** that a copy of the Motion will be mailed with this Notice. A copy of the supporting documents can be obtained upon written request from Downey Brand LLP, 427 West Plumb Lane, Reno, NV 89509, facsimile number (775) 786-5443, or from the United States Bankruptcy Court Clerk's Office, 300 Booth Street, Reno, NV 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

DATED: July 2, 2010

DOWNEY BRAND LLP

By: ______________________

SALLIE B. ARMSTRONG (NV Bar No. 1243)
MICHELLE N. KAZMAR (NV Bar No. 10098)
*Attorneys for Debtors and Debtors in Possession*