# EXHIBIT K

# EXHIBIT K

# CURRICULUM VITAE OF THE APPRAISER
___

**RAYMOND L. DOZIER, MAI**
DOZIER APPRAISAL COMPANY
Resort and Urban Property Appraisers
73-350 El Paseo, Suite 206
Palm Desert, California 92260
Telephone (760) 776-4200
Fax (760) 776-4977
E-Mail Dozierappraisal@dc.rr.com

| | | |
|---|---|---|
| **Education:** | University of Kentucky, B.A., Business Administration and Economics | 1974 |
| | Law Student, JD Candidate, Saratoga University | |
| **Professional:** | MAI Member, Appraisal Institute | |
| | Committee Member, Experience Review for MAI Designation | |
| | Member, International Council of Shopping Centers (ICSC) | |
| | Member, National Association of Realtors | |
| | Member, California Association of Realtors | |
| | Member, Certified Divorce Planners | |
| **Expert Witness:** | Superior Court of California | |
| | U.S. District Court | |
| | Federal Bankruptcy Court | |
| **Licenses:** | State of California Certified General Real Estate Appraiser #AG004590 | |
| | State of California Real Estate Broker #01173680 | |
| **Experience:** | Commercial Appraiser - Associate with R.W. Karlee, MAI | 1972-1980 |
| | Dozier Appraisal Company, Resort & Urban Property Appraiser - Owner | 1980 - |
| **Faculty:** | Guest Instructor: University of Kentucky; Courses Taught Corporate Finance and The Time Value of Money. | |
| **Continuing Education:** | Subdivision Analysis; Litigation Valuation; Discounted Cash Flow; Economy and Local Trends; Architecture and Construction; FIRREA Law; Current Issues in Appraising; Summary and Restricted Reports; Special Purpose Property Appraisals – Going-Concern & Business Value; Subdivision Analysis; Fast Food Restaurant Valuation; "Benefits" in Eminent Domain Property Valuations; Attacking & Defending an Appraisal in Litigation; Master Planned Communities Skilled Nursing Facilities; Valuation of Detrimental Conditions; Real Estate Fraud and Appraiser's Role. | |

Page 2 - Curriculum Vitae of the Appraiser

**Partial List of Clients:**

**Legal and Accounting Firms:**

| | |
|---|---|
| Pillsburry, Madison & Sutro - L.A. | Schlecht, Shevlin & Shoenberger |
| Rutan & Tucker - Costa Mesa, CA | Murphy, Pearson, Bradley & Feeney - San Francisco |
| Scott J. Zundel | Best, Best & Krieger |

**Lending Institutions:**

| | |
|---|---|
| El Dorado Bank | Union Bank |
| American Commerce Bank | Valley National Bank of Arizona |
| Home Savings of America | Manufacture's Bank |
| First Security Mortgage | PFF Bank & Trust |
|   Salt Lake City, Utah |  (Formerly Pomona First Federal) |
| Wells Fargo Bank | First Security Bank |
| Palm Springs Savings Bank | Farmer's Merchant Bank - Long Beach |
| First Community Bank | Riverside National Bank |
| Palm Desert National Bank | San Diego National Bank |
| Bank of the Desert | Mitsubishi Bank, LTD |
| Bank of California | Midland Financial - Clearwater, FL |
| Transco Mortgage Company | First Interstate Bank |
| Bank of Los Angeles | Mitsubishi Bank, LTD |

**Government Agencies:**

| | |
|---|---|
| Bureau of Indian Affairs | City of Cathedral City |
| Bureau of Land Management ( BLM ) | RTC - Contract |
| Palm Springs California Edison | City of Palm Desert |
| Southern California Edison | City of Moreno Valley |
| Southern California Gas | FDIC |
| City of Rancho Mirage | Department of Indian Affairs |
| City of Coachella |   Sacramento, CA |
| City of Indio | City Indian wells |
| City of Palm Springs | Farmer Home Administration |
| County of Riverside | State of California Department of Ins. |
| U.S. Department of Agricultural | SBA Regional Office |
| City of La Quinta | Federal Aviation Administration (FAA) |
| Riverside County Housing | Riverside County Flood Control |

**Schools:**      **Utilities:**

| | |
|---|---|
| Desert Sands Unified School District | Coachella Valley Water District |
| Morongo Unified School District | Morongo Water District |
| Palm Springs Unified School District | Cal - Trans |
| | Desert Water Agency |

**Hospitals:**      **Corporations:**

| | |
|---|---|
| Eisenhower Medical Center | Bechtel Corporation |
| JFK Memorial Hospital | Motion Picture & TV Fund |
| Riverside General Hospital | |
| Desert Hospital | |

Page 3 - Curriculum Vitae of the Appraiser

**Non-Profit Organizations:**         **Insurance Companies:**

Berger Foundation                     Republic Western, Scottsdale, AZ
Joseph Drown Foundation

**Real Estate Development & Engineering:**

Wessman Construction Company          Strother Construction Company
American Properties Funding           Regency Homes - Peter Soloman
Del Webb California Corporation       Orr Construction
Lowe Development                      Aqua Caliente Band of Cahuilla Indians
Ocean Properties - San Diego          Ruby Broadcasting Company
Oliphant & Lizza, Development Group

**Appraisal Functions Include:**

Acquisitions, Bankruptcy, Bond Financing, Condemnation, Construction Defect, Disposition and Liquidation Decision Making, Abundance of Caution for Federally Related Transaction, Donation, Estate Tax Appeal, Exchange, Excess Land, Determination of Economic Feasibility and Market Absorption, Foreclosures, Litigation, Real Property Tax Appeal, Negotiation, Partnership Dissolution, Portfolio Review for Non-Profits, Redevelopment, Lending for Real Property and Going Concern, Group Rental for Long Term Leases, Determining Highest and Best Use of Undeveloped Acreage, Claims of Damage to Real Estate Caused by Other Party, USPAP Compliance Appraisal Review.

**Typical Appraisal Assignments:**

**Public:**

Airport Expansions, Assessment Districts, Electrical & Access R/W's, Flood Control Projects, Park Sites, Subterranean Pipeline Easements, Golf Courses, Proposed Prison Sites, Public Right -of - Way Dedications, Railroad R/W's,  School Sites, Temporary Easements, Urban and Rural Mountainous Land, Indian and Leaseholds and  Lease Fees,  Mountainous Communication Tower Sites, IRS seizes on Questionable Properties, Desert Lands, Accretion Interests Caused By Changing River Courses, and RTC Deposition for Auctions.

**Private:**

Drug Rehab Centers, Cold Storage Facilities, Mobile Home Parks, Day Care Centers, Mini-Storage, Newspaper Buildings, Proposed Service Station, Car-washes, Apartment Complexes, Medical Office Buildings, Neighborhood & Community Shopping Centers, Residential and Commercial Subdivisions, Restaurant Going - Concern, Undeveloped Acreage, Highest and Best Used Studies, Highway Patrol Facilities, Churches, Special Purpose Properties, Trucking, Distribution Facilities, Golf Course Properties, Proposed Time-Share Developments, Aggregate Retail and Bulk or Wholesale Values of proposed Subdivision Developments, Retrospective Real Property Valuations, Motels, Parking Lots,  Gypsum  Mine Acres, Clothing  Optional Resorts, R & D Industrial  Facilities, Historical Buildings, Agricultural Going - Concern, Riverfront Properties, Ranch's and Equestrian Centers, Thoroughbred Racehorse Farms, Sports Clubs, Multi -Screen Movie Theaters, High-rise Office Buildings, Planned Unit Developments (PUD's), to Estimate Liquidation Value for Forced Sale or Auction Proceedings, Recreation Properties, Campgrounds, and Cemeteries.

Page 4 - Curriculum Vitae of the Appraiser

**Interest and Value Types Appraised:**

Fee Simple Estate
Leased Fee Estate
Lease Hold Estate
Sandwich Leasehold Estate
Life Estates
Vertical Estates (Subsurface & Air Rights)
Easements
Partnership Interests
- Joint Tenancy Value
- Tenancy by the Entirety Value
- Tenancy in Common Value

Market Rental Value
Specialized Fractional Ownership
- Condominium Interest
- Cooperative Interest
- Timeshare Interest

Legal Entities Affecting Ownership
- Stock Corporation Market Value
- Land Trust Beneficiary's Partial Interest
- Fixed Assets
  - Tangible Assets Value
  - Intangible Assets Value
  - Financial Assets Value
- General and Limited Partnership Interests
- Equity Syndications
- Closely Held Business
  - Going Concern Value (Real Property & Business Value)
  - Business Value only
- Liquidation Value vs Continued Operation of Business
- Use Value (as opposed to Value in Exchange)

Investment Value (individual's Investment Return Objectives)
Highest and Best Use Analysis Impacting Value
- Economic Feasibility Studies

Eminent Domain (State and Federal Rule)
- Just Compensation Estimates for Public Takings of Private Property Interests
- Determination of the " Larger Parcel"
- Other Legal Matters
  - Valuation of Detrimental Conditions, Construction Defects, etc.
  - Diminution of Value ( Before and After )