

**Entered on Docket
December 23, 2010**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

Ira D. Kharasch (CA Bar No. 109084)
Scotta E. McFarland (CA Bar No. 165391)
Steven J. Kahn (CA Bar No. 076933)
Victoria A. Newmark (CA Bar No. 189301)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email: ikharasch@pszjlaw.com
       smcfarland@pszjlaw.com
       sjkahn@pszjlaw.com
       vnewmark@pszjlaw.com
*Attorneys for Debtors
and Debtors in Possession*

Sallie B. Armstrong (NV Bar No. 1243)
DOWNEY BRAND LLP
427 West Plumb Lane
Reno, NV  89509
Telephone: (775) 329-5900
Facsimile:  (775) 786-5443
Email:    reno@downeybrand.com
*Nevada Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| SPECIALTY TRUST, INC., et al.[1] | **Jointly Administered under Case No. 10-51432-GWZ** |
| ☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Specialty Acquisition Corp.<br>☐ Affects SAC II<br>☐ Affects SAC D-1, LLC | Case Nos.<br>10-51432<br>10-51437<br>10-51440<br>10-51441 |
| | **ORDER APPROVING PACHULSKI STANG ZIEHL & JONES LLP'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING SEPTEMBER 30, 2010**<br><br>Hearing Date: December 14, 2010<br>Hearing Time: 2:00 p.m. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Specialty Trust, Inc. (2463); Specialty Acquisition Corp. (3680); SAC II (2463); and SAC D-1, LLC (1858).

1131064.3

1  This matter came before the Court on the Application of Pachulski Stang Ziehl & Jones LLP (the "Application"), counsel for the above-captioned Debtors and Debtors-in-possession (collectively, the "Debtors"), for entry of an order approving the allowance and authorizing payment of interim compensation to Pachulski Stang Ziehl & Jones LLP ("PSZJ") for professional services rendered and reimbursement for expenses paid from April 20, 2010 through September 30, 2010 pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and this Court's *Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on June 17, 2010 [Docket #217] (the "Compensation Order"). There was one objection to the Application, which was the *US Trustee's Objection to Pachulski Stang Ziehl & Jones LLP's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period Ending September 30, 2010* [Doc 551] (the "Objection"). Appearances at the hearing were as noted on the record.

The Court being satisfied that proper notice of the Application was provided and that there is an agreement between the US Trustee and PSZJ to continue the hearing on the Objection, and, further, that the Office of the United States Trustee has reviewed and approved this Order and the agreement set forth herein as evidenced by its signature below, the Court finds that the fees, as reduced by agreement and pending resolution of the Objection, are fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in a case other than under the Bankruptcy Code.

Now, therefore, the Court enters its Order as follows:

IT IS HEREBY ORDERED that the Court will defer ruling on $25,000 of the fees requested by PSZJ in the Application (the "Deferred Amount"), which is the amount it finds fairly reflects the amount subject to the Objection;

IT IS FURTHER ORDERED that the fees and expenses requested in the Application, less the Deferred Amount, are approved;

1   IT IS FURTHER ORDERED that, pursuant to Sections 330 and 331 of the Bankruptcy Code, PSZJ is currently entitled to interim compensation of $1,111,669.52 (which amount reflects a reduction for the Deferred Amount) for professional services rendered and reimbursement for expenses paid from April 20, 2010 through September 30, 2010; and

IT IS FINALLY ORDERED that the Debtors shall be and hereby are authorized to pay to PSZJ the sum of $210,621.12, which represents the amount that currently remains unpaid to PSZJ under the terms of the Compensation Order, less the Deferred Amount.

###

Submitted By:

By: /s/ Sallie B. Armstrong
Sallie B. Armstrong
*Local Counsel for Debtors and Debtors in Possession*

Reviewed and Approved:

OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ William B. Cossitt
Attorney for Acting United States Trustee
August B. Landis

1131064.3

3