# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| IN RE: SPECIALTY TRUST, INC<br>Debtor(s)<br>TC REF No.: 808-504-14.00<br>Bk No.: 1000658 | Case Number: 10-51432 GWZ<br>Chapter: 11<br><br>**CLAIM FOR EXPENSES OF ADMINISTRATION**<br>( 2011 Tax Year(s))<br><br>[No Hearing Date] |

1. The undersigned makes this claim in the above-entitled bankruptcy as a priority tax claim and/or secured tax claim for expenses of administration under 11 U.S.C.§§ 503(b)(1)(B)(i) & 503(b)(1)(C) in the aggregate sum of **$ 2,432.00.** Statutory interest & penalties will accrue and continue to attach to the claim until paid in full. Government Code Section 43001. Itemization of values, base taxes, penalties and fees are attached.

2. This claim is for taxes due under the Revenue and Taxation code of the State of California Sections 2191.3, 2191.4 & 2193.

☒ **Interest attaches pursuant to California Revenue and Taxation Code Sections 2704, 2705, 2706, 4103, 4103(b) or 2922.**

☒ **The amount of the claim may be subject to amendment after mandatory audit by the County Assessor pursuant to California Revenue & Taxation Code, Section 469.**

3. The amount of all payments, if any, on this claim has been credited and deducted for the purpose of making this proof of claim.

Executed under penalty of perjury at Orange County, California, April 21, 2011.

**SHARI L. FREIDENRICH, CPA**
Orange County Treasurer-Tax Collector
Attn.: Bankruptcy Unit
P.O. Box 1438
Santa Ana, CA 92702-1438
714/834-3411 FAX: 714/834-6229

By _____*R.D Butani*_____,
       Ratna D Butani                    Deputy

RECEIVED AND FILED
2011 APR 25 PM 2:23
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



DEBTOR: Specialty Trust, Inc.

| | | |
|---|---|---|
| CASE NO.: 10-51432 GWZ | PETITION DATE: | 4/20/2010 |
| CHAPTER: 11 | BANKRUPTCY NO.: | 1000658 |

## Secured Pre-Post Tax Liability

| YEAR | PARCEL NO. PROPERTY LOCATION | TOTAL BASE TAX | 10% LATE PENALTY | MONTHLY PENALTIES | FEES | AMOUNT PAID | ARREARAGE | CLAIM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2011 Est. | 808-504-14.00<br>24965 Estribos, Mission Viejo | $2,432.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,432.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | TOTALS: | $2,432.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,432.00 |

Note: This Claim is subject to amendment or modification in the event of an audit assessment, if the debtor has failed to file a Business Property Statement, or if the debtor has acquisitions or dispositions of assets subject to assessment.

* If this is an amended Proof of Claim the asterisked items have been revised to reflect supplemental assessments, roll corrections, escape audits and/or the actual assessments and issuance of bills regarding previously estimated amounts.

I certify the above to be a true and correct copy of the original entry of the secured/unsecured property tax roll.
ORANGE COUNTY TAX COLLECTOR
By   R. D. Butani    4/21/2011
Ratna D Butani
Deputy Tax Collector



PROOF OF SERVICE BY MAIL

(CCP SEC. 1013A, 2015.5)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orange County Treasurer-Tax Collector, 12 Civic Center Plaza, Room G40 Santa Ana, CA 92702.

DOCUMENT(S) SERVED:   Proof of Claim

US BANKRUPTCY COURT

On April 22, 2011, I served the documents named above on the parties in this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with this office's practice for collecting and processing correspondence for mailing, said practice for collecting and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this April 22, 2011

at Santa Ana, California by

Roselyn Prasad
Deputy Tax Collector

NAME AND ADDRESS OF PERSON(S) SERVED:
*Attorney for the Debtor*
SALLIE B ARMSTRONG
427 w Plumb Ln
Reno, NV 89509

-1-