**Entered on Docket**
**April 28, 2011**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

Ira D. Kharasch (CA Bar No. 109084)
Scotta E. McFarland (CA Bar No. 165391)
Victoria A. Newmark (CA Bar No. 183581)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email:   ikharasch@pszjlaw.com
          smcfarland@pszjlaw.com
          vnewmark@pszjlaw.com

Sallie B. Armstrong (NV Bar No. 1243)
Michelle N. Kazmar (NV Bar No. 10098)
Downey Brand LLP
427 West Plumb Lane
Reno, Nevada 89509
Telephone: 775/329-5900
Facsimile: 775/786-5443
Email: reno@downeybrand.com

*Counsel for Debtors and Debtors in Possession*

McDONALD CARANO WILSON LLP
Kaaran E. Thomas (NV Bar No. 7193)
Alvin J. Hicks (NV Bar No. 1178)
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone:   (775)788-2000
Facsimile:    (775)788-2020
Email: kthomas@mcdonaldcarano.com

*Counsel for Official Committee of Equity Security Holders*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:**<br><br>**SPECIALTY TRUST, INC., et al.**<br><br>Debtor. | **Case No. BK-N-10-51432-GWZ**<br>**Jointly Administered**<br><br>**Chapter 11**<br><br>**ORDER APPROVING MOTION FOR CONDITIONAL APPROVAL OF JOINT DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE DEBTORS AND CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS.** |

1156744.1

Upon the motion (the "Motion")[1] of the above-captioned Debtors and the Committee pursuant to Federal Rule of Bankruptcy Procedure 3017 and Local Rule of Bankruptcy Procedure 3017.1 requesting this Court conditionally approve the *JOINT DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE DEBTORS (DATED APRIL 26, 2011) AND CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS (DATED APRIL 26, 2011)* ("Joint Disclosure Statement"), and this Court having found that good and sufficient cause exists for approval thereof,

**IT IS HEREBY ORDERED** that:

(1) The Joint Disclosure Statement, solicitation materials, and the form of Ballot, attached as Exhibits 1, 2 and 3 to the Motion, are conditionally approved;

(2) The Joint Disclosure Statement and Plans are to be served no later than Friday, April 29, 2011;

(3) Monday, May 23, 2011, is fixed as the date by which the holders of claims and interests may accept or reject the plan;

(4) Monday, May 23, 2011, is fixed as the last date for filing objections to the Joint Disclosure Statement and/or the Plans;

(5) Friday, May 27, 2011, is fixed as the date on which replies to objections and/or statements in support of confirmation may be filed;

(6) Tuesday, May 31, 2011, 12:00 noon, is fixed as the date and time for filing ballot summaries with the Court; and

(7) June 3, 2011, at 2:00 p.m., is fixed as the date and time for the combined hearing on the conditionally approved Joint Disclosure Statement and confirmation of the Plans.

###

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

1156744.1