| | |
|---|---|
| Ira D. Kharasch (CA Bar No. 109084)<br>Scotta E. McFarland (CA Bar No. 165391)<br>Victoria A. Newmark (CA Bar No. 183581)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California  90067-4100<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>Email:  ikharasch@pszjlaw.com<br>          smcfarland@pszjlaw.com<br>          vnewmark@pszjlaw.com<br><br>*Attorneys for Debtor and*<br>*Debtor in Possession* | Sallie B. Armstrong (NV Bar No. 1243)<br>Downey Brand LLP<br>427 West Plumb Lane<br>Reno, Nevada 89509<br>Telephone: 775/329-5900<br>Facsimile:  775/786-5443<br>Email:  sarmstrong@downeybrand.com<br><br>*Nevada Attorneys for Debtor and*<br>*Debtor in Possession* |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SPECIALTY TRUST, INC., et al.[1]<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Specialty Acquisition Corp.<br>☐ Affects SAC II<br>☐ Affects SAC D-1, LLC | Chapter 11<br><br>**Jointly Administered under<br>Case No. 10-51432-GWZ**<br><br>Case Nos.<br>10-51432<br>10-51437<br>10-51440<br>10-51441<br><br>**NOTICE OF FILING SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE DEBTORS  AND AMENDED SUPPLEMENT TO THE DEBTORS' SECOND PLAN OF REORGANIZATION**<br><br>Hearing Date: June 3, 2011<br>Hearing Time: 2:00 p.m. |

TO THE HONORABLE GREGG W. ZIVE, CHIEF UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:

  **PLEASE TAKE NOTICE** that the Debtors and Debtors in possession (the "Debtors") in the captioned chapter 11 cases hereby submit, attached hereto as **Exhibit 1**, a redline version of the *Second Amended Chapter 11 Plan of Reorganization Proposed by the Debtors*  (the "Debtors'

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Specialty Trust, Inc. (2463); Specialty Acquisition Corp. (3680); SAC II (2463); and SAC D-1, LLC (1858).

1

1  Second Amended Plan"), which is marked to show changes against the *First Amended Chapter 11 Plan of Reorganization Proposed by the Debtors (Dated April 27, 2011)* [Doc 773] that was filed with the Court on April 27, 2011;

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a clean version of Debtors' Second Amended Plan without exhibits; and

**PLEASE TAKE FINAL NOTICE** that attached hereto as **Exhibit 3** is the *Amended Supplement to the Debtors' Second Amended Plan of Reorganization Proposed by the Debtors.*

DATED: June 2, 2011

PACHULSKI STANG ZIEHL & JONES LLP
Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)

and

DOWNEY BRAND LLP

By: /s/ Sallie B. Armstrong
Sallie B. Armstrong (NV Bar No. 1243)
Michelle N. Kazmar (NV Bar No. 10098)

*Attorneys for Debtors and Debtors in Possession*

1163781.1

2