STATE OF CALIFORNIA
BANKRUPTCY SECTION MS A340
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952

TELEPHONE NUMBER: (916) 845-4750
FAX NUMBER: (916) 845-9799

Notice Date: 06/06/11

# REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

United States Bankruptcy Court
Nevada

300 Booth Street
Reno NV 89509

RECEIVED AND FILED
2011 JUN -9 PM 1:46
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

In the Matter of :    SPECIALTY TRUST, INC.

| Bankruptcy Case Number | Chapter | Petition Date | Type of Liability | FTB Account Number | Amount Due |
|---|---|---|---|---|---|
| 1051432 GWZ | 11 | 4/20/2010 | BANK AND CORPORATION | 8040024000 | $800.00 |

1. The undersigned, whose business address is shown above, is an agent of the Franchise Tax Board of the State of California and is authorized to make this request for payment on behalf of the Franchise Tax Board.
2. This debt is for liabilities due under the Revenue and Taxation Code and the Corporations Code of the State of California.
3. All credits on this debt have been applied prior to making this request for payment.
4. Request is made for payment of the administrative expenses described below.

**Administrative Expense**

| Taxable Period | Tax Due | Penalty to Date | Interest to Date | Costs to Date | Total to Date |
|---|---|---|---|---|---|
| 12/31/2011 | $800.00 | $0.00 | $0.00 | $0.00 | $800.00 |

5. Interest compounded daily accrues at the rate established in the Revenue and Taxation Code of the State of California. If the amount due shown above is not paid within 15 days from the date of this notice, contact the Bankruptcy Section for the current amount due at the time of payment.
6. Make check payable to the Franchise Tax Board and mail it to the business address shown above.

/s/: GENEVIEVE ROGERS

Franchise Tax Board Claim Agent

The Franchise Tax Board Bankruptcy Section takes an active role in resolving bankruptcy issues. The section can receive delinquent tax returns and encourages correspondence and telephone calls. The section is committed to providing assistance to prevent unnecessary litigation.

FTB 6928 CC ARCS (NEW 06-2009)



STATE OF CALIFORNIA
BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952
Telephone: (916) 845-4750 Fax: (916) 845-9799

Date: 06/06/11
Bankruptcy Case Number: **1051432 GWZ**
Debtor Name(s): **SPECIALTY TRUST, INC.**

## ATTACHMENT

Franchise Tax Board (FTB) reserves the right to amend this claim/request based on any audit or investigation of any filed income tax returns or any other audit or investigation.

FTB reserves the right to amend this claim/request in accordance with applicable law, including, without limitation, modifying the amounts claimed as an administrative expense, secured, priority, and unsecured for the purposes of this bankruptcy case.

FTB reserves the right to amend this claim/request to add additional penalties and interest.

FTB's claim, to the extent it is secured, is secured by all property and rights to property whether real or personal, tangible or intangible, including all after-acquired property and rights to property, belonging to the debtor(s) and located in this state. (California Revenue & Taxation Code §19221; California Government Code § 7170.) Should the value of the collateral be determined to be less than the amount of the secured claim or should the lien be avoided in whole or in part, FTB reserves the right to amend this claim to state its unsecured non-priority claim and its unsecured priority claim.

FTB's records indicate an income tax return has not been filed for the following tax year(s): 2011.

Accordingly, FTB reserves the right to amend this claim/request based upon receipt of such income tax return(s), any audit or investigation of such return(s), or any other audit or investigation.

FTB 6928 CC ARCS (NEW 06-2009)