Ira D. Kharasch (CA Bar No. 109084)
Scotta E. McFarland (CA Bar No. 165391)
Victoria A. Newmark (CA Bar No. 183581)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: *ikharasch@pszjlaw.com*
     *smcfarland@pszjlaw.com*
     *vnewmark@pszjlaw.com*

Sallie B. Armstrong (NV Bar No. 1243)
Michelle N. Kazmar (NV Bar No. 10098)
Downey Brand LLP
427 West Plumb Lane
Reno, Nevada 89509
Telephone: 775/329-5900
Facsimile: 775/786-5443
Email: *reno@downeybrand.com*

*Local Counsel for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SPECIALTY TRUST, INC., et al.<br><br>☒ Affects this Debtor<br>☐ Affects all Debtors<br>☐ Affects Specialty Acquisition Corp.<br>☐ Affects SAC II<br>☐ Affects SAC D-1, LLC | Chapter 11<br><br>**Jointly Administered under Case No. 10-51432-GWZ**<br><br>Case Nos.:<br>10-51432<br>10-51437<br>10-51440<br>10-51441<br><br>**DECLARATION OF SCOTT MENCACCY IN SUPPORT OF DEBTOR'S MOTION FOR ORDER (I) AUTHORIZING THE SALE OF DEBTOR'S BENEFICIAL INTEREST IN PROMISSORY NOTE AND DEED OF TRUST FOR BORROWER CAVIATA 184, LLC, FREE AND CLEAR OF LIENS, AND (II) WAIVING THE 14-DAY STAY UNDER F.R.B.P. 6004(h)**<br><br>**Hearing Date:** May 17, 2011<br>**Hearing Time:** 2:00 p.m. |

I, Scott Mencaccy, hereby declare as follows:

1.    I make this declaration in support of Specialty Trust, Inc.'s ("Specialty Trust")

1 *Motion for Order (I) Authorizing the Sale of Debtor's Beneficial Interest in Promissory Note and Deed of Trust for Borrower Caviata 184, LLC, Free and Clear of Liens, and (II) Waiving the 14-day Stay Under F.R.B.P. 6004(h).* This declaration is based upon my own personal knowledge, unless otherwise stated, and if called as a witness, I could and would testify competently as to the matters contained herein.

2. I am the manage of VCH Capital Investments, LLC ("VCH Capital"), the proposed purchaser of Specialty Trust's beneficial interest in the promissory note and deed of trust.

3. I am also the manager of another Nevada limited liability company, Sierra West Management Services, LLC ("Sierra West"), which is unrelated to the transaction at issue here. Richard Pennington, who is the brother of William D. Pennington a guarantor of the Caviata note and deed of trust, is an additional manager of Sierra West.

4. Sierra West was formed as a business model to acquire real estate. The concept of Sierra West never developed and I am not aware that Sierra West has ever been used for any purpose. My sole connection was to be named as a manager due to my experience in the real estate industry and Richard Pennington needed someone with this expertise in connection with his proposed business model. Sierra West has been dissolved.

6. My only other connection with William D. Pennington is when I was worked at American Management Services, Inc. doing business as Pinnacle Realty Management ("Pinnacle"). When I worked with in Pinnacle, both Richard Pennington and William D. Pennington were clients of Pinnacle.

7. I have not had any discussions with William D. Pennington in relation to VCH Capital's proposed purchase of the Caviata note and deed of trust from Specialty Trust. I have only been in negotiations with Specialty Trust.

8. I understand that, because of VCH Capital's relationship with Sierra West, Specialty Trust will not be requesting a finding at the hearing scheduled on May 17, 2011 that VCH Capital is a "good faith purchaser" in connection with the sale of the Caviata note and deed of trust. However, VCH Capital is still willing to consummate the sale.

9. VCH Capital's sole purpose in seeking to acquire the Caviata note and deed of trust is

1 to acquire a right to the property secured by the deed of trust, which would put VCH Capital in a
2 position of potentially being able to acquire the property at some point in the future. VCH Capital is
3 willing to acquire the Caviata note and deed of trust even though it is subject to a significant deed of
4 trust in favor of US Bank which is substantially more than current value of the property.

5     10. VCH Capital is in no way seeking to acquire the Caviata note and deed of trust,
6 including the related guarantees, so that the guarantors, including William D. Pennington will be
7 relieved of their obligations.

8     I declare under penalty of perjury pursuant to the laws of the United States that the foregoing
9 is true and correct.

10 Executed this 10 day of ~~May~~ June, 2011, at Rocklin, CA.

12                                     SCOTT MENCACCY

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Placer__

On __6/10/11__ before me, __Devin Patrick Whisler, Notary Public__
     Date                                           Here Insert Name and Title of the Officer

personally appeared __Scott Mencaccy__
                                          Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                                      Signature of Notary Public

[Notary Seal: DEVIN PATRICK WHISLER, COMM. #1935225, Notary Public - California, PLACER, My Commission Expires May 6, 2015]

Place Notary Seal Above

---

**OPTIONAL**

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: __Declaration__

Document Date: __6/10/11__   Number of Pages: __3__

Signer(s) Other Than Named Above: __None__

### Capacity(ies) Claimed by Signer(s)

Signer's Name: __Scott Mencaccy__
- [x] Individual
- [ ] Corporate Officer — Title(s): _____
- [ ] Partner — [ ] Limited [ ] General
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian or Conservator
- [ ] Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- [ ] Individual
- [ ] Corporate Officer — Title(s): _____
- [ ] Partner — [ ] Limited [ ] General
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian or Conservator
- [ ] Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here