TOM PROUNTZOS, ESQ.
CA State Bar #209409
*Admitted Pro Hac Vice*
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
tprountzos@jgn.com

JANET L. CHUBB, ESQ.
NV State Bar #176
LOUIS M. BUBALA III, ESQ.
NV State Bar #8974
ARMSTRONG TEASDALE LLP
50 West Liberty St., Suite 950
Reno, Nevada 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049
jchubb@armstrongteasdale.com
lbubala@armstrongteasdale.com

Attorneys for Administrative Claimant MOSS ADAMS, LLP

**ELECTRONICALLY FILED ON AUGUST 19, 2011**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SPECIALTY TRUST, INC. et al.,<br><br>☐ Affects this Debtor<br>■ Affects all Debtors<br>☐ Affects Specialty Acquisition Corp.<br>☐ Affects SAC II<br>☐ Affects SAC D-1, LLC | Chapter 11<br><br>Jointly Administered Under<br>Case No. 10-51432-GWZ<br><br>Case Nos:<br><br>10-51432-GWZ<br>10-51437-GWZ<br>10-51440-GWZ<br>10-51441-GWZ<br><br>**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR ORDER ALLOWING AND APPROVING COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MOSS ADAMS, LLP, WITH CERTIFICATE OF SERVICE**<br><br>Date:  9/22/11<br>Time:  10:00 a.m.<br>Est. Hrg. Length: < 10 minutes |

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-1-

PLEASE TAKE NOTICE that Armstrong Teasdale, LLP, and Jenkins Goodman Neuman & Hamilton LLP counsel to Administrative Claimant Moss Adams, LLP, filed an Application for Order Allowing and Approving Compensation and Reimbursement of Expenses for Moss Adams, LLP.

A hearing on this Motion will be held before a United States Bankruptcy Judge, in Bankruptcy Courtroom No. 1, 300 Booth Street, 5th Floor, Reno, Nevada, on **September 22, at 10:00 am.**

Any opposition must be served on the undersigned counsel and filed with the Court pursuant to Local Rule 9014(d)(1):

> Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

---

If you object to the relief requested, you *must* file a **WRITTEN** response or opposition or objection to this pleading with the Court. You must also serve your written response or opposition or objection on the person who sent you this notice.

If you do not file a written response or opposition or objection with the Court, or if you do not serve your written response or opposition or objection on the person who sent you this notice, then:

The Court may *refuse to allow* you to speak at the scheduled hearing; and

The Court may *rule against you* without formally calling the matter at the hearing.

---

The relief requested may be granted without a hearing if timely objection is not filed and served as required by this rule.

A copy of the Application is available for inspection at the office of the Clerk, United States Bankruptcy Court, 300 Booth Street, Reno, NV 89509 or by contacting the undersigned.

Dated:  August 19, 2011                    ARMSTONG TEASDALE LLP
                                           By:  /s/Louis M. Bubala III
                                                LOUIS M. BUBALA III

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

# CERTIFICATE OF SERVICE

1. On August 19, 2011, I served the following document(s):

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR ORDER ALLOWING AND APPROVING COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MOSS ADAMS, LLP, WITH CERTIFICATE OF SERVICE**

2. I served the above-named document(s) by the following means to the persons as listed below:

- a. ECF System (attach the "Notice of Electronic Filing" or list all persons and addresses):

EMELIA L ALLEN on behalf of Defendant DESERT LAND,LLC
bkfilings@s-mlaw.com

SALLIE B ARMSTRONG on behalf of Debtor SAC D-1 LLC
sarmstrong@downeybrand.com, reno@downeybrand.com

ROBERT R BARNES on behalf of Creditor ONEWEST BANK, FSB
bbarnes@allenmatkins.com, bcrfilings@allenmatkins.com;vcoscino@allenmatkins.com;jaallen@allenmatkins.com

ROBERT H BROILI on behalf of Creditor NADINE LACKEY
robertbroili@lawyer.com, howeysca@msn.com

JAMES R CAVILIA on behalf of Creditor THE BALLARDINI FAMILY TRUST
jcavilia@allisonmackenzie.com, voneill@allisonmackenzie.com

ANGELIQUE L. M. CLARK
aclarkttee@hotmail.com, NV12@ecfcbis.com

NATALIE M. COX on behalf of Creditor NORTHLIGHT REAL ESTATE GROUP, LLC
ncox@klnevada.com, bankruptcy@klnevada.com;ckishi@klnevada.com;bbroussard@klnevada.com;bbroussard@klnevada.com

SHAN D. DAVIS on behalf of Creditor TABERNA PREFERRED FUNDING VIII, LTD
sdavis@duanemorris.com, hmlinakis@duanemorris.com;bsrudolph@duanemorris.com

RICHARD W. ESTERKIN on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE
resterkin@morganlewis.com

DOUGLAS D. GERRARD on behalf of Counter-Claimant SPECIALTY MORTGAGE CORP.
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jberghammer@gerrard-cox.com;kphillips@gerrard-cox.com;jbidwell@gerrard-cox.com

LUCAS GJOVIG on behalf of Creditor TABERNA CAPITAL MANAGEMENT, LLC
jldailey@duanemorris.com

ALVIN J HICKS on behalf of Stockholder OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

1. ajhicks@mcdonaldcarano.com, ssmithson@mcdonaldcarano.com

2. CHRISTOPHER D JAIME on behalf of Creditor MAUPIN, COX & LEGOY PSP&T
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

3.
4. ALEX J. KACHMAR on behalf of Creditor Ryland Homes Of California
joelsner@weintraub.com;rshilts@weintraub.com

5. MICHELLE N. KAZMAR on behalf of Debtor SPECIALTY TRUST, INC.
mkazmar@downeybrand.com, reno@downeybrand.com

6.
7. IRA D KHARASCH on behalf of Debtor SAC D-1 LLC
ikharasch@pszjlaw.com

8. JORDAN A KROOP on behalf of Creditor U.S. BANK
jkroop@ssd.com, kgraves@ssd.com;ksinger@ssd.com

9.
10. SHERRI B LAZEAR on behalf of Creditor NORTHLIGHT REAL ESTATE GROUP, LLC
slazear@bakerlaw.com

11.
12. NILE LEATHAM on behalf of Creditor NORTHLIGHT REAL ESTATE GROUP, LLC
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

13. CECILIA LEE on behalf of Interested Party BOARD OF DIRECTORS OF SPECIALTY TRUST, INC.
efile@cecilialee.net

14.
15. LAURY MILES MACAULEY on behalf of Creditor U.S. BANK
lmacauley@lrlaw.com, lbrowning@lrlaw.com;jmoulian@lrlaw.com;kdodd@lrlaw.com

16. SCOTTA E. MCFARLAND on behalf of Debtor SAC D-1 LLC
smcfarland@pszjlaw.com

17.
18. JOHN F MURTHA on behalf of Creditor CITY NATIONAL BANK
jmurtha@woodburnandwedge.com

19. VICTORIA A. NEWMARK on behalf of Debtor SAC D-1 LLC
vnewmark@pszjlaw.com

20.
21. MICHAEL J PANKOW on behalf of Creditor TABERNA PREFERRED FUNDING VII, LTD.
mpankow@bhfs.com

22. C DAVID RUSSELL on behalf of Creditor SUSAN BOWLUS
drussell@grgflaw.com, dcalhoun@grgflaw.com

23.
24. HEATHER E. SCHELL on behalf of Creditor TABERNA PREFERRED FUNDING VII, LTD.
hschell@bhfs.com, cwindholz@bhfs.com;dkscott@bhfs.com

25.
26. LENARD E. SCHWARTZER on behalf of Defendant DESERT LAND,LLC
bkfilings@s-mlaw.com

27.
28. F DEARMOND SHARP on behalf of Counter-Claimant SPECIALTY MORTGAGE CORP.
jpeyser@rbsllaw.com, jpeyser@rbsllaw.com

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

JENNIFER A. SMITH on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE
cobrien@lionelsawyer.com, bklscr@lionelsawyer.com

KAARAN E. THOMAS on behalf of Interested Party UNIPOINT HOLDINGS D/B/A POINT ONE COMMUNICATION
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE on behalf of Creditor ONEWEST BANK, FSB
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

MICHAEL C. VAN on behalf of Debtor SPECIALTY TRUST, INC.
michael@shumwayvan.com, sandy@shumwayvan.com;ashley@shumwayvan.com;rob@shumwayvan.com;elizabeth@shumwayvan.com

ZACHARY J. WADLE' on behalf of Creditor Ryland Homes Of California
zwadle@weintraub.com, rshilts@weintraub.com;enetemeyer@weintraub.com

ARTHUR A. ZORIO on behalf of Creditor PIERO ZORIO
azorio@watsonrounds.com, kmetcalf@watsonrounds.com

■  b.  United States mail, postage fully prepaid (list persons and addresses):

TERRY BANNON on behalf of Creditor COCHISE COUNTY TREASURER
P.O. DRAWER CA
BISBEE, AZ 85603

ELLEN M. BENDER on behalf of Debtor SPECIALTY TRUST, INC.
PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD, 11TH FLR
LOS ANGELES, CA 90067-4100

BARBARA LEE CALDWELL on behalf of Debtor SPECIALTY TRUST, INC.
7333 E. DOUBLETREE RANCH RD.
STE. 255
SCOTTSDALE, AZ 85258

R.W. AND A.R. CAPURRO FAMILY TRUST
MCDONALD CARANO WILSON LLP
C/O KAARAN E. THOMAS, ESQ.
P.O. BOX 2670
RENO, NV 89505

VINCENT M. COSCINO on behalf of Creditor ONEWEST BANK, FSB
ALLEN MATKINS LECK
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614

RICHARD M. DINETS on behalf of Creditor ONEWEST BANK, FSB

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

1  ALLEN MATKINS LECK
   1900 MAIN STREET, 5TH FLOOR
2  IRVINE, CA 92614

3  JOSHUA J. HICKS o/b/o Creditor TABERNA PREFERRED FUNDING VII, LTD.
   BROWNSTEIN HYATT FARBER SCHRECH
4  9210 PROTOTYPE DRIVE, STE 250
   RENO, NV 89521

5
   STEVEN J. KAHN on behalf of Debtor SPECIALTY TRUST, INC.
6  PACHULSKI STANG ZIEHL & JONES LLP
   10100 SANTA MONICA BLVD, 11TH FLR
7  LOS ANGELES, CA 90067-4100

8  MARICOPA COUNTY
   C/O BARBARA LEE CALDWELL
   7333 E. DOUBLETREE RANCH RD., STE 255
9  SCOTTSDALE, AZ 85258

10 LAUREN M. MCEVOY on behalf of Creditor LEDGEMENT CAPITAL GROUP LLC
   335 MADISON AVE
11 NEW YORK, NY 10017

12 LAWRENCE P. MEYERS on behalf of Creditor COUNTY OF SAN JOAQUIN
   DEPUTY COUNTY COUNSEL COURTHOUSE RM 711
13 222 EAST WEBER AVENUE
   STOCKTON, CA 95202

14
   ORANGE COUNTY TREASURER-TAX COLLECTOR
15 P.O. BOX 1438
   SANTA ANA, CA 92702-1438

16
   PHILLIP R. POLLOCK on behalf of Debtor SPECIALTY TRUST, INC.
17 TOBIN & TOBIN
   500 SANSOME ST. 8TH FLR
18 SAN FRANCISCO, CA 94111

19 HARLAN R. ROBINS o/b/o Creditor NORTHLIGHT REAL ESTATE GROUP, LLC
   65 EAST STATE ST., STE 2100
20 COLUMBUS, OH 43215

21 KELLY SINGER on behalf of Creditor U.S. BANK
   SQUIRE, SANDERS & DEMPSEY LLP
   40 NORTH CENTRAL AVE
22 PHOENIX, AZ 85004

23 STATE OF CALIFORNIA FRANCHISE TAX BOARD
   POB 2952
24 SACRAMENTO, CA 95812

25     I declare under penalty of perjury that the foregoing is true and correct.

26     DATED this 19th day of August, 2011.

27   B. Salinas                              /s/B. Salinas                .
     Name                                    Signature
28

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

-6-