| | | |
|---|---|---|
| 1 | Ira D. Kharasch (CA Bar No. 109084 | Sallie B. Armstrong (NV Bar No. 1243) |
| 2 | Scotta E. McFarland (CA Bar No. 165391)<br>Victoria A. Newmark (CA Bar No. 183581) | Michelle N. Kazmar (NV Bar No. 10098)<br>Downey Brand LLP |
| 3 | Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 11th Floor | 427 West Plumb Lane<br>Reno, Nevada 89509 |
| 4 | Los Angeles, California 90067-4100<br>Telephone: 310/277-6910 | Telephone: 775/329-5900<br>Facsimile: 775/786-5443 |
| 5 | Facsimile: 310/201-0760<br>Email: ikharasch@pszjlaw.com | Email: reno@downeybrand.com |

5  Email: ikharasch@pszjlaw.com
6            smcfarland@pszjlaw.com
             vnewmark@pszjlaw.com

*Attorneys for Debtors and*
*Debtors in Possession*

7  *Attorneys for Debtors and*
   *Debtors in Possession*

8

**UNITED STATES BANKRUPTCY COURT**

9

**FOR THE DISTRICT OF NEVADA**

10

| | |
|---|---|
| In re: | Chapter 11 |
| SPECIALTY TRUST, INC., et al.[1] | **Jointly Administered under<br>Case No. 10-51432-GWZ** |
| ☐ Affects this Debtor<br>☒ Affects all Debtors | Case Nos.: |
| ☐ Affects Specialty Acquisition Corp. | 10-51432 |
| ☐ Affects SAC II | 10-51437 |
| ☐ Affects SAC D-1, LLC | 10-51440<br>10-51441 |

**NOTICE OF FIFTEENTH MONTHLY
INTERIM FEE AND EXPENSE STATEMENT
FOR THE PERIOD OF JUNE 1, 2011
THROUGH JUNE 30, 2011 OF PACHULSKI
STANG ZIEHL & JONES LLP, GENERAL
BANKRUPTCY COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION**

| | |
|---|---|
| **Total Fees:** | **$114,774.75** |
| **80% of Fees:** | **$ 91,819.80** |
| **Total Expenses:** | **$ 4,591.19** |

**Total Fees and Expenses
Requested on an Interim Basis:   $ 96,410.99**

        **PLEASE TAKE NOTICE** that, pursuant to sections 330 and 331 of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and this Court's *Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R.*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if
applicable, are:  Specialty Trust, Inc. (2463); Specialty Acquisition Corp. (3680); SAC II (2463); and SAC D-1, LLC
(1858).

*PACHULSKI STANG ZIEHL & JONES LLP*
*ATTORNEYS AT LAW*
*LOS ANGELES, CALIFORNIA*

*Bankr. P. 2016 Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on June 17, 2010* [Docket #217] (the "Compensation Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), general bankruptcy counsel for the above-captioned debtors and debtors in possession (the "Debtors"), hereby files this Notice of Fifteenth Monthly Interim Fee Application for the Period of June 1, 2011 through June 30, 2011 (the "Fifteenth Monthly Fee and Expense Statement Notice") seeking interim payment of fees and expenses incurred by PSZ&J as bankruptcy counsel to the Debtors during the period from June 1, 2011 through June 30, 2011 (the "Fifteenth Monthly Fee and Expense Period").

**PLEASE TAKE FURTHER NOTICE** that a copy of PSZ&J's statement of fees and expenses for the Fifteenth Monthly Fee and Expense Period (the "Fifteenth Monthly Fee and Expense Statement"), attached hereto as Exhibit A, has been served on the Notice Parties (as defined pursuant to the Compensation Order);

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Compensation Order PSZ&J seeks interim payment of 80% of the fees and 100% of the expenses incurred during the Fifteenth Monthly Fee and Expense Period, as follows:

| | |
|---|---|
| Total Fees: | $114,774.75 |
| 80% of Fees: | $91,819.80 |
| Total Expenses: | $4,591.19 |

Total fees and expenses requested on an interim basis:  $96,410.99

**PLEASE TAKE FURTHER NOTICE** that the amounts set forth above for compensation are net of a reduction of its fees related to non-working travel time by 50%.

**PLEASE TAKE FURTHER NOTICE** that PSZ&J will request payment of such amounts from the Debtors subject to the provisions of the Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Compensation Order, any objection to the Fifteenth Monthly Fee and Expense Statement must be in writing and served on or before twenty-one days (21) days after service, or no later than September 9, 2011 (the "Objection

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Deadline"). Any such objection must be served on PSZ&J and each of the Notice Parties so that the objection is received by those parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that the filing of the Fifteenth Monthly Fee and Expense Statement and the delivery of same to the Notice Parties is not intended to be, and should not be construed as, an express or implied waiver by PSZ&J of any of its procedural and/or substantive rights and remedies under the terms of the *Order on Application of Debtors and Debtors in Possession to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel*, the Compensation Order, the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada pursuant to LR 1001(a), and the Region 17 United States Trustee Guidelines (the "Guidelines") to amend, modify, revise, supplement or otherwise make changes to the Fifteenth Monthly Fee and Expense Statement at any time prior to the time when PSZ&J seeks allowance and payment of the fees and reimbursement of the expenses set forth herein either on an interim or final basis. To the contrary, all such rights and remedies are expressly reserved.

Dated:    August 19, 2011              PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ Scotta E. McFarland
      Ira D. Kharasch (CA Bar No. 109084)
      Scotta E. McFarland (CA Bar No. 165391)
      Victoria A. Newmark (CA Bar No. 183581)
      10100 Santa Monica Blvd., 11th Floor
      Los Angeles, California 90067-4100
      Telephone: 310/277-6910
      Facsimile: 310/201-0760
      Attorneys for Debtors and Debtors in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

# PACHULSKI  STANG  ZIEHL &  JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 28, 2011

Invoice Number **95469**        **80662  00002**        **IDK**

Specialty Trust
6160 Plumas Street
Reno, NV 89519

| | |
|---|---:|
| Balance forward as of last invoice, dated:  May 31, 2011 | $610,415.26 |
| Net balance forward | $610,415.26 |

Re:  Post-Petition

| | | | **Statement of Professional Services Rendered Through** | **06/28/2011** | | |
|---|---|---|---|---:|---:|---:|
| | | | | **Hours** | **Rate** | **Amount** |
| | | **Asset Disposition [B130]** | | | | |
| 06/20/11 | IDK | Telephone conferences and emails with Beckett, attorney for potential purchaser of Superstition Views loan, regarding background of case and need for information (.4); emails with client, Northlight, regarding Caviatta sale status and delay (.2) | | 0.60 | 825.00 | $495.00 |
| 06/22/11 | IDK | Emails with client and Imperial regarding potential buyer of major asset and next steps | | 0.30 | 825.00 | $247.50 |
| 06/23/11 | IDK | E-mails with client, Northlight re Caviatta loan sale issues and value and Jordanelle issues and defenses. | | 0.40 | 825.00 | $330.00 |
| | | **Task Code Total** | | **1.30** | | **$1,072.50** |
| | | **Bankruptcy Litigation [L430]** | | | | |
| 06/03/11 | IDK | Attend confirmation hearing and meet with client before and after same. | | 3.50 | 825.00 | $2,887.50 |
| | | **Task Code Total** | | **3.50** | | **$2,887.50** |
| | | **Case Administration [B110]** | | | | |
| 06/13/11 | PJJ | Update critical dates memo and circulate. | | 0.40 | 235.00 | $94.00 |
| 06/20/11 | PJJ | Update critical dates memo and circulate. | | 0.40 | 235.00 | $94.00 |
| | | **Task Code Total** | | **0.80** | | **$188.00** |

**Invoice number  95469**         80662   00002                                    **Page  2**

### Claims Admin/Objections[B310]

| | | | | | |
|---|---|---|---|---|---|
| 06/16/11 | IDK | Emails with P. Parmes, counsel for N. Gonfiantini, regarding status of bar date for rejection claims, including effective date open issues | 0.30 | 825.00 | $247.50 |
| | **Task Code Total** | | **0.30** | | **$247.50** |

### Compensation Prof. [B160]

| | | | | | |
|---|---|---|---|---|---|
| 06/10/11 | IDK | E-mails and telephone conferences with S. McFarland re getting final fee application done and status of claims objection. | 0.20 | 825.00 | $165.00 |
| 06/13/11 | SEM | Gathering information for the prep of the final fee app | 0.20 | 575.00 | $115.00 |
| 06/22/11 | IDK | Emails with S. McFarland regarding final fee application and effective date status regarding same as well as with Downey regarding CNO's | 0.30 | 825.00 | $247.50 |
| 06/22/11 | SEM | Email communications with Ira Kharasch regarding the Effective Date and fees | 0.10 | 575.00 | $57.50 |
| 06/22/11 | SEM | Email communications with Patricia Jeffries regarding putting together the skeleton of the PSZ&J final fee app | 0.10 | 575.00 | $57.50 |
| 06/23/11 | SEM | Research docket re order confirming plan and email communications with Ira Kharasch re same | 0.10 | 575.00 | $57.50 |
| 06/27/11 | PJJ | Work on final fee application. | 4.50 | 235.00 | $1,057.50 |
| 06/28/11 | PJJ | Work on PSZJ's final fee application. | 3.30 | 235.00 | $775.50 |
| | **Task Code Total** | | **8.80** | | **$2,533.00** |

### Comp. of Prof./Others

| | | | | | |
|---|---|---|---|---|---|
| 06/13/11 | IDK | E-mails with Imperial and client re value of book of company re Imperial fees re reorganization. | 0.30 | 825.00 | $247.50 |
| | **Task Code Total** | | **0.30** | | **$247.50** |

### Financial Filings [B110]

| | | | | | |
|---|---|---|---|---|---|
| 06/21/11 | IDK | Emails with S. McFarland regarding Monthly Operating Reports and impact on Waterfront and CNB new claim | 0.20 | 825.00 | $165.00 |
| 06/21/11 | SEM | Review May MORs and comment thereon. | 1.40 | 575.00 | $805.00 |
| 06/22/11 | IDK | Further emails with S. McFarland regarding CNB issues and Monthly Operating Reports and whether it may impact CNB litigation | 0.20 | 825.00 | $165.00 |
| 06/22/11 | SEM | Email communications with Debbie Page, Michelle Kazmar, Don Gieseke and Ira Kharasch regarding the May | 0.60 | 575.00 | $345.00 |

**Invoice number  95469**          80662   00002                                    **Page  3**

| | | | | | |
|---|---|---|---|---|---|
| | | MOR and the Waterfront debt | | | |
| 06/23/11 | SEM | Continue efforts to resolve issue with May MOR and Waterfront property debt | 0.10 | 575.00 | $57.50 |
| 06/24/11 | SEM | Review revised May MOR for ST and email to Debbie Page re same | 0.10 | 575.00 | $57.50 |
| | | **Task Code Total** | **2.60** | | **$1,595.00** |

**General Business Advice [B410]**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/11 | IDK | Attend all hands call with client and others re status of case issues (.4). | 0.40 | 825.00 | $330.00 |
| 06/06/11 | IDK | E-mails with client re rescheduled all hands meeting today and prepare agenda (.3); Attend conference call re same (.9). | 1.20 | 825.00 | $990.00 |
| 06/13/11 | IDK | E-mails with client re its desire to reschedule all hands call and consider agenda (.2); Attend all hands call re same and effective date preparation (.7). | 0.90 | 825.00 | $742.50 |
| 06/20/11 | IDK | Emails with V. Newmark regarding correspondence with Downey on final confirmation order, Caviatta orders and estimation motion order and need for preparation of same (.3); telephone conference with N. Gonfiantini regarding general case issues including new Board and transition (.2); emails with Committee regarding weekly call and consider agenda (.2); attend all hands conference call regarding general case issues (.5) | 1.20 | 825.00 | $990.00 |
| 06/20/11 | IDK | Emails with client and others, regarding information on various segregated accounts, including DB adequate protection and how to treat going forward | 0.40 | 825.00 | $330.00 |
| 06/20/11 | IDK | Emails with Northlight regarding list of agenda for tomorrow's all hands call and consider issues and status of filing confirmation order | 0.20 | 825.00 | $165.00 |
| 06/27/11 | IDK | Emails with client re today's scheduled weekly call (.2); E-mails with Imperial, others re need for transcripts (.2). | 0.40 | 825.00 | $330.00 |
| | | **Task Code Total** | **4.70** | | **$3,877.50** |

**Litigation (Non-Bankruptcy)**

| | | | | | |
|---|---|---|---|---|---|
| 06/10/11 | IDK | Emails with Sharp re Billau litigation and notice re stay. | 0.20 | 825.00 | $165.00 |
| | | **Task Code Total** | **0.20** | | **$165.00** |

**Operations [B210]**

| | | | | | |
|---|---|---|---|---|---|
| 06/07/11 | IDK | E-mail client re stub payment on SFC fees and consider (.2); E-mail client re same and account system fee (.1). | 0.30 | 825.00 | $247.50 |
| 06/10/11 | IDK | E-mails with client re Nadador oppositions and impact of | 0.20 | 825.00 | $165.00 |

**Invoice number  95469**        80662  00002                              **Page  4**

| | | | | | |
|---|---|---|---|---|---|
| | | change to title if deed in lieu on proposal versus on Mezzanine loan secured by equity and consider. | | | |
| 06/13/11 | IDK | E-mails with S. Armstrong re correspondence re PV Land on Pahrump water rights and ordinary course. | 0.20 | 825.00 | $165.00 |
| 06/14/11 | IDK | Telephone conference and e-mails with Northlight team re Nadador issues on deed in lieu and timing of effectuating and Mezzanine loan concerns (.4); E-mails with client and P. Pollock re Mezzanine loan deed in lieu issues and with Sharp re his issues (.3). | 0.70 | 825.00 | $577.50 |
| 06/15/11 | IDK | E-mails with client and P. Pollock re Nadador and how to fund pre and post-closing (.2); E-mails with client re Jordanelle NOD and need to notify Northlight and brief review of same (.2); E-mails with client re extension on Coolidge and ordinary course (.2). | 0.60 | 825.00 | $495.00 |
| 06/22/11 | IDK | Numerous emails with Northlight, others regarding Jordanelle and pending foreclosure and whether potential defenses exist and title policy issue | 0.50 | 825.00 | $412.50 |
| 06/27/11 | IDK | Attend conference call with Northlight, others re closing steps and timing and court order (.4). | 0.40 | 825.00 | $330.00 |
| 06/27/11 | IDK | E-mails with DB and Kazma separately re deed in lieu order and DB issues. | 0.30 | 825.00 | $247.50 |
| 06/28/11 | IDK | E-mails with Downey re further revised order re deed in lieu and with others re same. | 0.30 | 825.00 | $247.50 |
| | **Task Code Total** | | **3.50** | | **$2,887.50** |

**Plan & Disclosure Stmt. [B320]**

| | | | | | |
|---|---|---|---|---|---|
| 05/13/11 | NLH | Correspond with Bob Miller re closing issues | 0.10 | 550.00 | $55.00 |
| 05/14/11 | NLH | Correspond with Bob Miller re closing issues | 0.10 | 550.00 | $55.00 |
| 05/16/11 | NLH | Prepare memorandum re NL Funding and operation costs | 8.10 | 550.00 | $4,455.00 |
| 05/27/11 | NLH | Work on schedules | 3.90 | 550.00 | $2,145.00 |
| 05/30/11 | NLH | Review exit financing documents re closing issues | 5.20 | 550.00 | $2,860.00 |
| 05/31/11 | NLH | All hands conference call re closing issues | 1.00 | 550.00 | $550.00 |
| 05/31/11 | NLH | Work on closing matters | 8.90 | 550.00 | $4,895.00 |
| 06/01/11 | IDK | E-mail with S. Armstrong re further hearing issues (.1); Telephone conferences with counsel to One West Bank re its plan objection and review of same and consider potential resolutions (.4); E-mail DB counsel re same re guaranty and distribution (.1); Telephone conference with CRO re plan confirmation status hearing (.1); E-mails with P. Pollock re sub-debt of board designation and alternatives (.1). | 0.80 | 825.00 | $660.00 |
| 06/01/11 | IDK | E-mails with P. Pollock re his feedback on revised plan and need to reject contract re master servicing on some participant loans and how to describe same (.3); E-mails with Northlight counsels re same (.1); Revise list of rejected executory contracts as well as plan supplements to add blackline of Northlight exit and management and articles of incorporation (.4); Telephone conference and e-mail with Cissy re her feedback on revised plan language | 1.30 | 825.00 | $1,072.50 |

**Invoice number  95469**          80662  00002                                              **Page  5**

|          |     |                                                                                                                                                                                                                                                                                                                                                                                      |       |        |           |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-----------|
|          |     | and board's change of mind re same (.3); E-mails with Northlight counsel re its feedback on revised plan and more changes (.2).                                                                                                                                                                                                                                                        |       |        |           |
| 06/01/11 | IDK | E-mails with Imperial re further issues on cash projections, claims, SFC unsecured claim and indemnity language concerns (.2); E-mails with R. Esterkin re his issues on revised Northlight Exit Facility and concerns on confirmation order and then with Northlight re same (.3); E-mails with P. Pollock re same issues (.2); E-mails with T. Newmark re hearing and coordination of CNB argument (.1). | 0.80  | 825.00 | $660.00   |
| 06/01/11 | IDK | E-mails with Cissy re timing of getting her plan feedback (.1); E-mails with Cissy re her proposed indemnity language and my feedback on need to modify same (.2); Revise plan re same (.3); E-mails with client and primary constituents re further revised plan of today (.3); Telephone conference with Northlight counsel re its questions on same and issues on executory contract changes (.2). | 1.10  | 825.00 | $907.50   |
| 06/01/11 | IDK | Review and consider e-mail re proposed revisions to plan from DB counsel, Committee, Northlight counsel and revise plan re same, change to Northlight amount and other issues (1.3); Numerous e-mails with Northlight, client, P. Pollock re disputes over servicing issues on 3 participant loan deals, possible solution and need for call (.4); Attend conference call re same with Northlight, client and others to resolve (.5); E-mails with S. Armstrong re plan indemnity, call alter with CNB and coordinate (.2); Further e-mails with P. Pollock, others prior to that call on how to resolve servicing issues (.2). | 2.60  | 825.00 | $2,145.00 |
| 06/01/11 | IDK | E-mails with Northlight, others re need for blackline of revised exit facility and management agreement and briefly review (.3); E-mails with primary constituents re same (.2); E-mails with committee counsel re her feedback on Northlight Exit and inter-creditor contract and with P. Pollock re same (.2); E-mails with Ryland counsel re revised plan and its proposed resolution and then with our special counsel re same (.3); E-mails with S. Armstrong and others re court hearing on confirmation and testimony issues (.2); E-mails with sub-debt counsels re their plan questions and timing of getting board names (.3). | 1.50  | 825.00 | $1,237.50 |
| 06/01/11 | IDK | E-mails with CRO and S. Armstrong re issues for upcoming call re indemnity and then with Cissy re her problems with my language (.3); Attend conference call re same with Cissy, CRO and S. Armstrong (.4); E-mails with Imperial re issues on administrate fees and re SFC claims re deferred amounts and how to treat and later re CRO feedback (.3). | 1.00  | 825.00 | $825.00   |
| 06/02/11 | IDK | E-mails and telephone conference with S. Armstrong re confirmation hearing prep coordination, CNB, timing of filing amendment today and indemnity (.3); E-mails with T. Newmark re new language for IRS re its objection and later re its rejection of same (.2); Revise IRS plan section and further e-mails with T. Newmark re same to get resolved (.2); Revise plan re other issues, including guaranty of distribution, exculpation, indenture fees, Northlight further issues (.5); E-mails with One West Bank | 2.20  | 825.00 | $1,815.00 |

**Invoice number  95469**        80662   00002                                    **Page  6**

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                              |       |        |            |
|------------|------|------|-------|--------|------------|
|            |      | re same and resolution of most of its issues and open issues (.3); Emails with T. Newmark re confirmation order issues from Esterkin and others and process of resolving today (.2); E-mails with P. Pollock and T. Newmark re same for DB technical language and his input and my feedback on adequate protection lien (.3); E-mails with S. Armstrong re amended plan supplement and filing and then delays (.2). |       |        |            |
| 06/02/11   | IDK  | E-mails and telephone conferences with CNB counsel re procedural and substantial issues re plan confirmation (.4); E-mails with T. Newmark re same re confirmation order (.1). | 0.50  | 825.00 | $412.50    |
| 06/02/11   | IDK  | Attend daily all hands call on various issues and new servicing deal with Northlight and SMC (.5); E-mails with counsels re subdebt re its objections to new indemnity language, allowance of claim issues and board compensation issues (.2); E-mails to Board counsel, S. Armstrong re same and consider how to resolve (.2); Telephone conference and e-mails with Board counsel re same and her e-mails re Pankow on potential new language and his feedback (.3); E-mails with client group, Imperial re issue on Board compensation and then re Esterkin and sub-debt agreement re same on resolution (.3); E-mails with P. Pollock re need to amend by-laws re same and put in plan supplement (.2). | 1.70  | 825.00 | $1,402.50  |
| 06/02/11   | IDK  | E-mails with Northlight team and others re new language desired in confirmation order and dealing with DB changes to Northlight Exit and need for new blackline (.3); Telephone conferences with N. Gonfiantini re plan issues and Northlight exit problems (.2); E-mails and telephone conferences with sub-debt re plan and confirmation hearing, board compensation, how to resolve its issues (.4); E-mails and telephone conferences with CRO re continuing dispute over indemnity rejection issues and language with board counsel (.3); Review briefly blackline of Northlight Exit documents and organize amended plan supplement for same (.2). | 1.40  | 825.00 | $1,155.00  |
| 06/02/11   | IDK  | E-mails with P. Pollock and client re language describing contracts to be assumed and e-mails with constituents re same (.4); E-mails with counsel to One West re its remaining confirmation objections and how to resolve same and problems (.3); E-mails with T. Newmark re IRS outstanding concerns and how to resolve (.2); E-mails with T. Newmark and P. Pollock re DB issues on confirmation order and replacement lien (.2); E-mails with one West and client re bank's questions on assumed contracts (.2). | 1.30  | 825.00 | $1,072.50  |
| 06/02/11   | IDK  | E-mails with DB counsel and others re DB potential nominees for new board (.2); Prepare further plan revisions and e-mails with S. Armstrong re same for filing and then with primary constituents (.4); E-mails with One West Bank re changes to plan and its feedback (.2). | 0.80  | 825.00 | $660.00    |
| 06/02/11   | IDK  | Telephone conferences and e-mails with N. Gonfiantini and others re his issues on latest draft of Northlight Exit (.2); E-mails and telephone conferences with Ryland Homes re its further requested revisions to plan and mark-up plan re alternative language (.4); E-mails with Northlight re its feedback of amended plan and revise (.2); E-mails with Biederman, special counsel to Ryland re | 1.40  | 825.00 | $1,155.00  |

**Invoice number  95469**          80662   00002                                    **Page  7**

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |      |        |            |
|----------|-----|----|------|--------|------------|
|          |     | Ryland's feedback and impact of litigation on value (.2); Further e-mails with Cissy and Pankow re potential alternative language re indemnity 9.2); E-mails with client constituents and S. Armstrong re further revised plan (.2). |      |        |            |
| 06/02/11 | VAN | Email correspondence with creditors regarding confirmation order; revise same | 3.00 | 625.00 | $1,875.00 |
| 06/03/11 | DJB | Interoffice conference with I. Kharasch re 1145. | 0.30 | 750.00 | $225.00 |
| 06/03/11 | DJB | Interoffice conference with I. Kharasch re corporate securities matters. | 0.20 | 750.00 | $150.00 |
| 06/03/11 | IDK | E-mails with committee counsel and client re committee counsel's concerns on Sedona servicing contracts to be assumed and other issues (.3); E-mails with One West Bank re same and possibility of its representative serving on board and issues re eliminating discharge language and effective date and keeping injunction language and its resistance to same on section 524 of Code (.6). | 0.90 | 825.00 | $742.50 |
| 06/03/11 | IDK | e-mails with client and Taberna re Taberna's nominee today to board and background of same and client's ideas on potential 5th member and clarification of board issues and One West Bank (.4); E-mails with T. Newmark re IRS final issues of today (.1); E-mails and office conferences with CRO re upcoming confirmation hearing today (.4); E-mails and telephone conferences with Taberna counsel re its supplemental objection filed today re indemnity language and review same and potential resolution (.4); Telephone conference and e-mails with counsel to board re same objection and indemnity language and her proposed language and then with Taberna to resolve (.4); E-mails and telephone conferences with attorneys re 1145 exemption language and review statute of same and consider and with Esterkin re same (.6); Prepare for confirmation hearing and oral arguments (1.2). | 3.50 | 825.00 | $2,887.50 |
| 06/03/11 | IDK | E-mails with Northlight team, client, others on Northlight problems with schedules and IP and process of bridging gap (.3); E-mails with S. Armstrong re coordination today of confirmation hearing and outstanding issues (.2); E-mails with client and P. Pollock on DB questions on assumed contracts and who pays fee and relation to Northlight fee (.2); E-mails with Esterkin re same (.2); E-mails with Imperial re Waterfront and impact on projections re today's confirmation hearing (.2); E-mails with S. Armstrong, others re impact of elimination of discharge language on taxes and consider (.3). | 1.40 | 825.00 | $1,155.00 |
| 06/03/11 | VAN | Prepare for plan confirmation hearing | 1.30 | 625.00 | $812.50 |
| 06/03/11 | VAN | Email correspondence with creditors regarding confirmation order; revise confirmation order | 1.70 | 625.00 | $1,062.50 |
| 06/06/11 | IDK | E-mails with Northlight re confirmation order status (.1); E-mails with T. Newmark re need for new provisions in Confirmation Order re assumed contracts, indemnity language changes including definition (.3). | 0.40 | 825.00 | $330.00 |
| 06/06/11 | IDK | E-mails over weekend with DB and separately with One West Bank re process on servicing confirmation order and their upcoming revisions (.3); Telephone conference and e-mails with Pankow re same (.2); E-mails with client, P. Pollock and DeArmond re need for copy of assumed | 0.80 | 825.00 | $660.00 |

**Invoice number  95469**        80662   00002                                      **Page  8**

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | contract, amendment of same and brief review (.3). | | | |
| 06/06/11 | VAN | Revise confirmation order | 0.40 | 625.00 | $250.00 |
| 06/07/11 | IDK | E-mails with Biederman, special FATCO counsel, re its request and concerns on Ryland resolution in Plan (.3); E-mails with T. Newmark re status of confirmation order and changes and process and CNB (.3); E-mails and telephone conferences with Northlight, client re assumption and Sedona intercreditor agreement (.3); E-mails with T. Newmark re USB language it wants in confirmation order, my feedback, and DB's e-mails re Order status (.3); E-mails with Imperial re status and issues on Northlight exit negotiations and final issues (.2). | 1.40 | 825.00 | $1,155.00 |
| 06/07/11 | IDK | Review briefly numerous e-mails between P. Pollock and Northlight re outstanding issues on Exit Facility and e-mail P. Pollock re same on financial statement preparation (.4); E-mails with Cissy and T. Newmark and Taberna re need to fix order for confirmation re indemnity issues (.3); E-mails with T. Newmark, CNB and others re CNB confirmation order issues and next steps (.2). | 0.90 | 825.00 | $742.50 |
| 06/07/11 | VAN | Conferences and email correspondence with creditors regarding confirmation order; revise same | 4.50 | 625.00 | $2,812.50 |
| 06/07/11 | VAN | Draft/revise order on City National Bank plan disputes | 2.90 | 625.00 | $1,812.50 |
| 06/08/11 | IDK | Emails with client and P. Pollock regarding DB and new Board meeting possibilities for 5th member and One West Bank nominee (.3); email with DB, Sub-debt and their Board nominees regarding same and One West Bank and their feedback regarding same and email client as well (.3); emails with T. Newmark regarding DB's further required changes on assumed contracts and how to solve CNB dispute regarding delayed plan rulings, including review of ideas by CNB and One West (.5) | 1.10 | 825.00 | $907.50 |
| 06/08/11 | IDK | Emails with Northlight regarding updated changes and status of its loan commitment regarding increasing loan by $500,000 (.2); telephone conference with DB counsel regarding Order and desire language regarding New Board members (.1); email with T. Newmark regarding same with information on new Board member (.1) | 0.40 | 825.00 | $330.00 |
| 06/08/11 | IDK | Emails with T. Newmark regarding CNB's counter-proposal language for Order and my feedback | 0.20 | 825.00 | $165.00 |
| 06/08/11 | VAN | Revise confirmation order and City National Bank order | 2.30 | 625.00 | $1,437.50 |
| 06/09/11 | IDK | E-mails with T. Newmark re DB revisions to CNB confirmation order language and CNB's anticipated refusal re same and how to bridge gap (.3); E-mails with T. Newmark re other DB revisions and issues re confirmation order including One West Bank problem (.3); E-mails with client and Pollock re candidates for board seat and concern over Poncia conflicts with Sedona (.2); E-mails with Pollock re confirmation orders and One West Bank language (.1). | 0.90 | 825.00 | $742.50 |
| 06/09/11 | IDK | E-mails with Pollock and then with Northlight re problem on its intent to have reconveyances of inter-company notes and alternative solution (.3); Telephone conference and e-mails with Northlight re same and problem and then with CRO and Northlight (.3). | 0.60 | 825.00 | $495.00 |
| 06/09/11 | IDK | Review in detail latest draft of confirmation order and note | 0.60 | 825.00 | $495.00 |

**Invoice number  95469**        80662   00002                                    **Page  9**

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |      |        |            |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|------------|
|          |     | various issues and review various prior e-mails with creditors re same (.4); Telephone conference with T. Newmark re list of my changes (.1); Telephone S. Armstrong re confirmation order (.1).                                                                                                                                                                                                                                                                                                          |      |        |            |
| 06/09/11 | VAN | Revise confirmation order                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | 2.10 | 625.00 | $1,312.50  |
| 06/10/11 | IDK | Office conference and e-mails with T. Newmark re DB status re confirmation order and latest disputes with One West Bank and others and CNB issues (.3); E-mails with Northlight team re its questions on Exit Facility and guaranties and prior agreement with One West Bank on liens and its concerns (.4); E-mails with committee counsel re status of board appointments (.2); E-mails with CRO re closing status and effective date ( .2); E-mails with Northlight re One West and its contacts (.2). | 1.30 | 825.00 | $1,072.50  |
| 06/10/11 | IDK | E-mails with client and Pollock re other potential board members for 5th board seat.                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.20 | 825.00 | $165.00    |
| 06/10/11 | VAN | Email correspondence with Richard Esterkin, Bob Barnes, Sherri Lazear and John Murtha regarding amended confirmation order                                                                                                                                                                                                                                                                                                                                                                              | 0.20 | 625.00 | $125.00    |
| 06/13/11 | IDK | Telephone conference and e-mails with Northlight counsel re timing of closing Northlight exit and going effective and obstacles and delays re board, DB documents re title and consider solutions (.5); Review briefly emails with constituents and T. Newmark re trying to bridge gap in Order re Confirmation 9.2); E-mails with client and P. Pollock re new board status and potential 5th member and conflict issues (.2).                                                                            | 0.90 | 825.00 | $742.50    |
| 06/13/11 | VAN | Revise confirmation order                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | 0.40 | 625.00 | $250.00    |
| 06/13/11 | VAN | Revise City National Bank scheduling order                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 0.20 | 625.00 | $125.00    |
| 06/14/11 | IDK | Review briefly numerous e-mails re Northlight Exit issues and consider potential conflicts with plan (.3); E-mails with P. Pollock and client re issues on determining number of shares to issue DB and Taberna and claims amount and Taberna contacts re same (.3); E-mails with Downey Brand re need for transcript of confirmation hearing and timing and CNB briefing schedule and draft order (.3); E-mails with T. Newmark re CNB briefing schedule and status of confirmation order and feedback of creditors (.3); E-mails with DB counsel and client re memo from Cavilia to Esterkin and new board members and client's feedback re same (.3). | 1.50 | 825.00 | $1,237.50  |
| 06/14/11 | IDK | Telephone conferences and e-mails with Northlight, client, Imperial re logistics and timing on closing of Exit and problems with Northlight counsel is having getting documents (.3); Telephone conferences and e-mails with Northlight counsel and its business rep re plan issues against Exit issues (.2).                                                                                                                                                                                             | 0.50 | 825.00 | $412.50    |
| 06/14/11 | IDK | E-mails with P. Pollock and T. Newmark re issues on governance and need to amend order re plan re "plan rep" provision (.2); E-mails with One West counsel re his issues on order and on 5th board member (.3).                                                                                                                                                                                                                                                                                          | 0.50 | 825.00 | $412.50    |
| 06/14/11 | VAN | Revise confirmation order                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | 1.30 | 625.00 | $812.50    |
| 06/15/11 | IDK | Review briefly correspondence from Creditors re more feedback on confirmation order, including disputes with One West and DB (.2); E-mails and telephone conferences                                                                                                                                                                                                                                                                                                                                    | 0.70 | 825.00 | $577.50    |

**Invoice number  95469**        80662   00002                                **Page   10**

| | | | | | |
|---|---|---|---|---|---|
| | | with Imperial re Northlight problem saying insufficient cooperation from DB and others, and how to solve, and whether all Northlight document requests are necessary (.3); E-mails with DB and client and T. Newmark re DB requests re order and new board member issues (.2). | | | |
| 06/15/11 | IDK | E-mails with Northlight and Imperial re Northlight correspondence with DB, USB re holdups on documents needed by Northlight (.2); E-mails with T. Newmark re potential resolution on CNB language in order re latest from One West and DB (.2); E-mails with T. Newmark and others re further revised order and issues on fees re assumed contracts (.2). | 0.60 | 825.00 | $495.00 |
| 06/15/11 | IDK | Telephone conferences and e-mails with Northlight counsel re correspondence with others on conflicts between Exit vs Plan re title and Northlight counsel's list of potential delays and how to solve (.4); E-mail with client and Imperial re Northlight and higher loan amount (.1). | 0.50 | 825.00 | $412.50 |
| 06/15/11 | VAN | Revise confirmation order | 2.70 | 625.00 | $1,687.50 |
| 06/16/11 | IDK | Telephone conferences and emails with Northlight counsel and others regarding status and problems regarding closing, next steps, and various changes to documents including open questions on Waterfront (.5); emails with V. Newmark, others regarding our proposed "final" form of confirmation order and feedback with others (.4); emails with N. Gonfiantini and others regarding same and open issues on transition to new Board, CEO, and D&O Insurance (.3); emails with P. Pollock regarding issues on share issuance and Taberna issue regarding same with potential problem in numbers (.2) | 1.40 | 825.00 | $1,155.00 |
| 06/16/11 | VAN | Revise confirmation order | 0.80 | 625.00 | $500.00 |
| 06/17/11 | IDK | Numerous emails with Northlight, others regarding status and issues in closing and documents, also further issues on confirmation order (.4); emails and telephone conference with Taberna counsel and Cavilla regarding status of new Board and next steps (.3); emails with Northlight, others regarding need for all hands call on closing and effective date issues next week and coordination of same (.3); emails with V. Newmark regarding One West Bank issues on Order and Representative of the Estate, also review plan provisions regarding same and solution (.4) | 1.40 | 825.00 | $1,155.00 |
| 06/17/11 | VAN | Email correspondence with creditors regarding revised confirmation order | 1.50 | 625.00 | $937.50 |
| 06/20/11 | IDK | Telephone conference and emails with Taberna counsel regarding confirmation status and transition to new Board (.4); emails with N. Gonfiantini and CRO regarding closing coordination in Columbus, Ohio (.2); emails with Northlight and others regarding status of Northlight closing and documents for title (.3); office conference with V. Newmark regarding lodging today of confirmation order (.1); emails with Northlight and others regarding further issues and Order regarding Sedona (.2) | 1.20 | 825.00 | $990.00 |
| 06/20/11 | IDK | Emails with V. Newmark regarding timing of potential appeal on Confirmation Order and issue regarding effective date | 0.20 | 825.00 | $165.00 |
| 06/21/11 | IDK | Emails and telephone conferences with client, CRO and | 0.90 | 825.00 | $742.50 |

**Invoice number  95469**          80662  00002                                                     **Page  11**

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |       |        |            |
|----------|-----|---|-------|--------|------------|
|          |     | Northlight regarding problems and logistics of signing all documents in Ohio on Friday (.3); emails with Northlight, others regarding further issues on title documents (.2); emails with Downey Brand and V. Newmark regarding feedback of Chambers on Order revision (.2); further emails and office conference with V. Newmark and with DB regarding confirmation order and its questions regarding same (.2) | | | |
| 06/21/11 | IDK | Telephone conferences with Northlight counsel regarding issues on timing of Effective Date, language in conditions to effective date, and ability to waive and review of same (.3); attend conference call with Northlight and client team regarding general issues on closing, Northlight exit and delay of effective date (.8); emails with V. Newmark regarding effective date issues and how to fix (.3); office conference with V. Newmark regarding same and telephone conference with V. Newmark to Downey Brand regarding same (.2); numerous emails with V. Newmark and others regarding our proposed revision to confirmation order, also telephone conferences and numerous emails regarding separate feedback of DB regarding its opposition to same and our responses, also Northlight and USB responses regarding timing problems and USB (.8); telephone conferences with Imperial regarding same (.2); telephone conference with Northlight regarding same and USB concerns (.2); emails with USB counsel regarding its concerns on 14-day effective date and DB opposition to change (.3) | 3.10 | 825.00 | $2,557.50 |
| 06/21/11 | VAN | Research and analysis regarding City National Bank plan issues | 4.50 | 625.00 | $2,812.50 |
| 06/21/11 | VAN | Revise confirmation order; email correspondence with creditors regarding same | 1.00 | 625.00 | $625.00 |
| 06/22/11 | IDK | Numerous emails with Northlight, V. Newmark and DB counsel regarding DB's further feedback on 14 Day Effective Date problem and its new suggestion and proposed further revised language and feedback of others (.6); emails with Downey and S. McFarland regarding revised language in Order regarding claims estimation for voting and need to ensure no impact regarding claims objection (.3) | 0.90 | 825.00 | $742.50 |
| 06/22/11 | IDK | Telephone conferences and emails with Northlight team regarding its concerns and questions over results of appeal on Confirmation Order and issues of mootness and consider (.6); emails and telephone conference with attorneys regarding same and briefly review mootness doctrine and consider impact here regarding Northlight funding (.3); emails with USB counsel and V. Newmark regarding revised confirmation order and status of feedback and estimated effective date (.2) | 1.10 | 825.00 | $907.50 |
| 06/22/11 | SEM | Responding to inquiry of Michelle Kazmar regarding the order on the estimation of the DB Noteholders' claims | 0.20 | 575.00 | $115.00 |
| 06/22/11 | VAN | Revise confirmation order; email correspondence with creditors regarding same | 0.50 | 625.00 | $312.50 |
| 06/22/11 | VAN | Research and analysis regarding City National Bank plan issues | 0.90 | 625.00 | $562.50 |
| 06/23/11 | IDK | Telephone conference and e-mails with S. McFarland re | 0.30 | 825.00 | $247.50 |

**Invoice number  95469**          80662  00002                                              **Page  12**

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                      |      |        |            |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|------------|
|          |     | need for summary of other uses of cash re plan provisions and unnecessary priority and other administration.                                                                                                                                                                                                                                                                                          |      |        |            |
| 06/23/11 | IDK | E-mail with V. Newmark re need to push revised confirmation order and status feedback re remaining parties (.2); Telephone conference with Northlight re same and potential change re closing (.2); E-mails with P. Pollack re status of various closing documents and upcoming call today with Northlight (.2); E-mails with Northlight re same and call coordination today (.2); Attend conference call with Northlight, others re status of open closing items and order (.4); Further e-mails with V. Newmark and others re status of order and feedback (.3). | 1.50 | 825.00 | $1,237.50 |
| 06/23/11 | IDK | Meet with Imperial re issues on Northlight funding and sources and uses of cash, need to add other payments, issues on how escrow of professional fees is held (.6); Telephone conference and e-mails with CRO re his meeting with Northlight and closing status (.2). | 0.80 | 825.00 | $660.00 |
| 06/23/11 | IDK | E-mails with Northlight and Imperial re revised drafts of sources of uses of cash and administrative claim estimation charges. | 0.40 | 825.00 | $330.00 |
| 06/23/11 | SEM | Email communications with Michelle Kazmar regarding terms of order estimating claims of Note Holders for voting purposes | 0.10 | 575.00 | $57.50 |
| 06/23/11 | VAN | Research and analysis regarding City National Bank plan issues | 5.60 | 625.00 | $3,500.00 |
| 06/23/11 | VAN | Revise City National Bank scheduling order | 0.30 | 625.00 | $187.50 |
| 06/24/11 | IDK | E-mails with Northlight and others re status of various closing issues (.2); E-mails with Pankow and P. Pollock and new board status and meeting next week (.3); E-mails with V. Newmark and others re lodging today of order and status (.2); E-mails with Imperial re S. McFarland memo on other claims to be paid on effective date, review of same and issues re Indenture fees (.4). | 1.10 | 825.00 | $907.50 |
| 06/24/11 | VAN | Research and analysis regarding City National Bank plan issues | 4.80 | 625.00 | $3,000.00 |
| 06/24/11 | VAN | Draft supplemental brief regarding City National Bank plan issues | 1.60 | 625.00 | $1,000.00 |
| 06/24/11 | VAN | Revise City National Bank order | 0.20 | 625.00 | $125.00 |
| 06/25/11 | VAN | Draft supplemental brief regarding City National Bank issues | 5.00 | 625.00 | $3,125.00 |
| 06/27/11 | IDK | E-mails with client, DB re funds held by DB and need for release of same re closing (.2); E-mails to parties re changes to closing statement (.2); Review court's order (.1). | 0.50 | 825.00 | $412.50 |
| 06/27/11 | IDK | E-mails with Northlight, others re status of closing and need to contact Court re order status (.2); E-mails with USB, others re closing status (.2); Emails with V. Newmark, Imperial re administrative claim of Cecelia Lee and status of order re same  (.3); E-mails with Northlight, V. Newmark and others re Court's entry of confirmation order and closing steps and need for call (.3). | 1.00 | 825.00 | $825.00 |
| 06/27/11 | VAN | Draft City National Bank supplemental brief | 1.30 | 625.00 | $812.50 |
| 06/28/11 | IDK | E-mails with Northlight re closing status and correspondence and later re confirmation of close and | 0.40 | 825.00 | $330.00 |

**Invoice number  95469**        80662  00002                                    **Page  13**

| | | | | | |
|---|---|---|---|---|---|
| | | release of funds (.3); Review e-mails with P. Pollock and V. Newmark re effective date timing (.1). | | | |
| 06/28/11 | IDK | E-mails with Northlight, client, others re closing logistics today and 12K held by DB (.3); Telephone conference with Imperial re closing status and changes to closing payments and need for correspondence with all professionals re same (.2); Review of revised closing status (.2); E-mails with V. Newmark, Northlight, Downey re issues and timing of notice of effective date and review of draft re same (.4). | 1.10 | 825.00 | $907.50 |
| 06/28/11 | VAN | Draft notice of plan effective date | 1.00 | 625.00 | $625.00 |
| 06/28/11 | VAN | Draft/revise City National Bank supplemental brief | 2.90 | 625.00 | $1,812.50 |
| | **Task Code Total** | | **138.50** | | **$95,662.50** |

**Plan Implementation [B320]**

| | | | | | |
|---|---|---|---|---|---|
| 06/08/11 | IDK | Emails with client regarding issue on servicing and accounting information and need to have a call on implementation issues (.2); attend conference call regarding same and issues of software maintenance (.2) | 0.40 | 825.00 | $330.00 |
| 06/23/11 | SEM | Telephone conference with Ira Kharasch regarding the amount of claims to be paid on the effective date | 0.10 | 575.00 | $57.50 |
| 06/23/11 | SEM | Review plan and disclosure statement for information related to claims to be paid on the effective date (.9) and draft memo to Ira Kharasch regarding same (.6) | 1.50 | 575.00 | $862.50 |
| 06/24/11 | SEM | Telephone conference with Ira Kharasch regarding the memo on the claims to be paid at confirmation and revisions to the memo | 0.10 | 575.00 | $57.50 |
| 06/28/11 | IDK | E-mails with client and P. Pollock re need for quote on D&O coverage for new board. | 0.20 | 825.00 | $165.00 |
| | **Task Code Total** | | **2.30** | | **$1,472.50** |

**Stay Litigation [B140]**

| | | | | | |
|---|---|---|---|---|---|
| 06/09/11 | IDK | E-mails with S. Armstrong re proposed stipulation for relief from stay from Jordanelle and review same and our response. | 0.30 | 825.00 | $247.50 |
| 06/15/11 | IDK | Review briefly orders on One West stay relief. | 0.20 | 825.00 | $165.00 |
| 06/22/11 | IDK | Emails with CNB and Downey regarding CNB's proposed revision to Order | 0.20 | 825.00 | $165.00 |
| | **Task Code Total** | | **0.70** | | **$577.50** |

**Travel**

| | | | | | |
|---|---|---|---|---|---|
| 06/02/11 | IDK | Nonworking travel to Reno for confirmation hearing | 1.50 | 412.50 | $618.75 |

**Invoice number  95469**        80662   00002                                                    **Page   14**

|          |     | tomorrow. (Billed at 1/2 normal rate) | | | |
|----------|-----|-------|------|--------|--------|
| 06/03/11 | IDK | Nonworking travel from Reno to LA from confirmation hearing. (Billed at 1/2 normal rate) | 1.80 | 412.50 | $742.50 |

|                     |       |        |
|---------------------|-------|--------|
| **Task Code Total** | 3.30  | $1,361.25 |

|                                   |        |             |
|-----------------------------------|--------|-------------|
| **Total professional services:** | 170.80 | **$114,774.75** |

### *Costs Advanced:*

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 05/06/2011 | CC | Conference Call [E105] AT&T Conference Call, IDK | $2.77 |
| 05/17/2011 | BM | Business Meal [E111] Biscotti Restaurant, working meal, IDK | $10.91 |
| 05/17/2011 | HT | Hotel Expense [E110] Peppermil Hotel - Reno 1 night, IDK | $148.01 |
| 05/17/2011 | TE | Travel Expense [E110] RNO Panarama travel expense, IDK | $22.57 |
| 05/18/2011 | AP | LAX Airport Parking, IDK | $55.00 |
| 05/24/2011 | AF | Air Fare [E110] American Airlines, Tkt 0018654321, LAX/RNO/LAX, IDK | $411.40 |
| 05/24/2011 | TE | Travel Expense [E110] Travel Agency Fee, IDK | $45.00 |
| 06/01/2011 | OR | Outside Reproduction Expense [E102] Legal Vision Consulting Group Inc., Inv. 4426 | $300.00 |
| 06/01/2011 | OR | Outside Reproduction Expense [E102] Legal Vision Consulting Group Inc., Inv. 4426 | $60.00 |
| 06/01/2011 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/01/2011 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/01/2011 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 06/01/2011 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 06/01/2011 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 06/01/2011 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 06/01/2011 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | $4.90 |
| 06/01/2011 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | $4.90 |
| 06/01/2011 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 06/01/2011 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 06/01/2011 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 06/01/2011 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 06/01/2011 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 06/02/2011 | CC | Conference Call [E105] CourtCall for 6/01/2011 through 6/30/2011 | $65.00 |
| 06/02/2011 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/02/2011 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/02/2011 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/02/2011 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 06/02/2011 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 06/02/2011 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 06/02/2011 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |

**Invoice number  95469**          80662   00002                              **Page  15**

| | | | |
|---|---|---|---|
| 06/03/2011 | BM | Business Meal [E111] Working meal during travel, IDK | $68.07 |
| 06/03/2011 | HT | Hotel Expense [E110] Hotel Expense, 1 night, IDK | $146.49 |
| 06/03/2011 | LN | 80662.00002 Lexis Charges for 06-03-11 | $428.02 |
| 06/03/2011 | PAC | 80662.00002 PACER Charges for 06-03-11 | $4.48 |
| 06/03/2011 | TE | Travel Expense [E110] Parking Expense, IDK | $49.00 |
| 06/03/2011 | WL | 80662.00002 Westlaw Charges for 06-03-11 | $149.97 |
| 06/06/2011 | RE2 | SCAN/COPY ( 200 @0.10 PER PG) | $20.00 |
| 06/07/2011 | CC | Conference Call [E105] CourtCall for 6/01/2011 through 6/30/2011 | $86.00 |
| 06/07/2011 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 06/08/2011 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | $2.90 |
| 06/09/2011 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 06/13/2011 | PAC | 80662.00002 PACER Charges for 06-13-11 | $20.80 |
| 06/13/2011 | RE | ( 36 @0.20 PER PG) | $7.20 |
| 06/13/2011 | RE | ( 319 @0.20 PER PG) | $63.80 |
| 06/13/2011 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 06/13/2011 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 06/13/2011 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 06/13/2011 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 06/13/2011 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 06/13/2011 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 06/13/2011 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | $2.90 |
| 06/13/2011 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 06/13/2011 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 06/13/2011 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 06/13/2011 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 06/13/2011 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | $4.40 |
| 06/13/2011 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | $4.70 |
| 06/13/2011 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 06/14/2011 | PAC | 80662.00002 PACER Charges for 06-14-11 | $13.12 |
| 06/14/2011 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |
| 06/15/2011 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | $3.90 |
| 06/17/2011 | PAC | 80662.00002 PACER Charges for 06-17-11 | $2.72 |
| 06/20/2011 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | $5.50 |
| 06/21/2011 | LN | 80662.00002 Lexis Charges for 06-21-11 | $199.46 |
| 06/21/2011 | WL | 80662.00002 Westlaw Charges for 06-21-11 | $522.25 |
| 06/22/2011 | LN | 80662.00002 Lexis Charges for 06-22-11 | $29.37 |
| 06/22/2011 | WL | 80662.00002 Westlaw Charges for 06-22-11 | $249.95 |
| 06/23/2011 | LN | 80662.00002 Lexis Charges for 06-23-11 | $134.84 |
| 06/23/2011 | PAC | 80662.00002 PACER Charges for 06-23-11 | $19.36 |
| 06/23/2011 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 06/23/2011 | WL | 80662.00002 Westlaw Charges for 06-23-11 | $322.00 |
| 06/24/2011 | LN | 80662.00002 Lexis Charges for 06-24-11 | $111.35 |

**Invoice number  95469**        80662   00002                                    **Page   16**

| 06/27/2011 | PAC | 80662.00002 PACER Charges for 06-27-11 | $59.04 |
| 06/27/2011 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 06/28/2011 | LN | 80662.00002 Lexis Charges for 06-28-11 | $625.46 |
| 06/28/2011 | PAC | 80662.00002 PACER Charges for 06-28-11 | $3.28 |

Total Expenses:                                  <strong>$4,591.19</strong>

### Summary:

| | | |
|---|---|---|
| Total professional services | $114,774.75 | |
| Total expenses | $4,591.19 | |
| **Net current charges** | $119,365.94 | |
| | | |
| Net balance forward | $610,415.26 | |
| **Total balance now due** | $729,781.20 | |

| | | | | |
|---|---|---|---|---|
| DJB | Barton, David J. | 0.50 | 750.00 | $375.00 |
| IDK | Kharasch, Ira D. | 3.30 | 412.50 | $1,361.25 |
| IDK | Kharasch, Ira D. | 71.50 | 825.00 | $58,987.50 |
| NLH | Hong, Nina L. | 27.30 | 550.00 | $15,015.00 |
| PJJ | Jeffries, Patricia J. | 8.60 | 235.00 | $2,021.00 |
| SEM | McFarland, Scotta E. | 4.70 | 575.00 | $2,702.50 |
| VAN | Newmark, Victoria A. | 54.90 | 625.00 | $34,312.50 |
| | | 170.80 | | $114,774.75 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 1.30 | $1,072.50 |
| BL | Bankruptcy Litigation [L430] | 3.50 | $2,887.50 |
| CA | Case Administration [B110] | 0.80 | $188.00 |
| CO | Claims Admin/Objections[B310] | 0.30 | $247.50 |
| CP | Compensation Prof. [B160] | 8.80 | $2,533.00 |
| CPO | Comp. of Prof./Others | 0.30 | $247.50 |
| FF | Financial Filings [B110] | 2.60 | $1,595.00 |
| GB | General Business Advice [B410] | 4.70 | $3,877.50 |
| LN | Litigation (Non-Bankruptcy) | 0.20 | $165.00 |
| OP | Operations [B210] | 3.50 | $2,887.50 |
| PD | Plan & Disclosure Stmt. [B320] | 138.50 | $95,662.50 |
| PI | Plan Implementation [B320] | 2.30 | $1,472.50 |
| SL | Stay Litigation [B140] | 0.70 | $577.50 |
| TR | Travel | 3.30 | $1,361.25 |
| | | 170.80 | $114,774.75 |

**Invoice number 95469**          80662   00002                                    **Page   17**

## Expense Code Summary

| | |
|---|---|
| Air Fare [E110] | $411.40 |
| Airport Parking | $55.00 |
| Working Meals [E1 | $78.98 |
| Conference Call [E105] | $153.77 |
| Hotel Expense [E110] | $294.50 |
| Lexis/Nexis- Legal Research [E | $1,528.50 |
| Outside Reproduction Expense | $360.00 |
| Pacer - Court Research | $122.80 |
| Reproduction Expense [E101] | $71.00 |
| Reproduction/ Scan Copy | $154.50 |
| Travel Expense [E110] | $116.57 |
| Westlaw - Legal Research [E106 | $1,244.17 |
| | $4,591.19 |